IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ERUBY ABREGO,<br>  Plaintiff,<br><br>v.<br><br>REYNALDO GUEVARA, GERI LYNN YANOW, as special administrator of the ESTATE OF ERNEST HALVORSEN, ANTHONY WOJCIK, DANIEL ENGEL, JEROME BOGUCKI, RAY SCHALK, FRANK CAPPITELLI,, the CITY OF CHICAGO, ANDREANA TURANO MICHIELS, and COOK COUNTY,<br>  Defendants. | No. 23-cv-01740<br><br>Hon. Steven C. Seeger |

## TURANO'S MOTION TO DISMISS PLAINTIFF'S AMENED COMPLAINT PURSUANT TO RULE 12(b)(6)

NOW COMES defendant, former Assistant State's Attorney and current Cook County Circuit Judge, ANDREANA TURANO MICHIELS ("Turano"), by and through her attorneys, Tribler Orpett & Meyer, P.C., and submits this motion to dismiss Plaintiff's Amended Complaint pursuant to Fed. Rule Civ. Pro. 12(b)(6). In support thereof, Turano incorporates herein her accompanying Memorandum of Law in Support of Dismissal.

              Respectfully submitted,

              s/ William B. Oberts
              Special State's Attorney for
              defendant, Andreana Turano

William B. Oberts - #6244723
Kevin C. Kirk - # 6329937
Tribler Orpett & Meyer, P.C.
225 W. Washington St., Suite 2550
Chicago, IL 60606
(312) 201-6400
wboberts@tribler.com
kckirk@tribler.com

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of Defendant Turano's Motion to Dismiss Plaintiff's Amended Complaint was served upon:

| **Attorneys for Plaintiff** | **Attorneys for defendant, City of Chicago** |
|---|---|
| Jonathan I. Loevy | Eileen E. Rosen |
| Anand Swaminathan | Andrew J. Grill |
| Arthur R. Loevy | Austin G. Rahe |
| Carla Agbiro Linton | Catherine M. Barber |
| Renee Spence | Jessica Zehner |
| Steven Edwards Art | Lauren M. Ferrise |
| Loevy & Loevy | Theresa B. Carney |
| 311 N. Aberdeen 3rd FL | Rock Fusco & Connelly LLC |
| Chicago, IL 60607 | 321 N. CLARK STREET, SUITE 2200 |
| (312)243−5900 | Suite 2200 |
| jon@loevy.com | Chicago, IL 60654 |
| anand@loevy.com | 312−494−1000 |
| arthur@loevy.com | erosen@rfclaw.com |
| agbiro@loevy.com | agrill@rfclaw.com |
| spence@loevy.com | arahe@rfclaw.com |
| steve@loevy.com | cbarber@rfclaw.com |
| | jzehner@rfclaw.com |
| **Attorneys for Cook County** | lferrise@rfclaw.com |
| Kelli Huntsman | tcarney@rfclaw.com |
| Cook County State's Attorney's Office | |
| Civil Actions Bureau | **Attorneys for Reynaldo Guevara** |
| 500 Richard J. Daley Center | Steven B. Borkan |
| Chicago, IL 60602 | Timothy P. Scahill |
| 312−603−3151 | Graham P. Miller |
| kelli.huntsman@cookcountyil.gov | Misha Itchhaporia |
| | Emily E. Schnidt |
| **Attorneys for Anthony Wojcik, Jerome Bogucki, Ray Schalk, Daniel Engel** | Molly Boekeloo |
| James G. Sotos | Whitney Newton Hutchinson |
| Josh M. Engquist | Borkan & Scahill, Ltd. |
| Joseph M. Polick | 20 S. Clark Street, Suite 1700 |
| Maurice Hunt | Chicago, IL 60603 |
| Thomas J. Sotos | (312) 580-1030 |
| Elizabeth R. Fleming | sborkan@borkanscahill.com |
| The Sotos Law Firm, P.C | tscahill@borkanscahill.com |
| 141 W. Jackson Blvd., #1240A | gmiller@borkanscahill.com |
| Chicago, IL 60604 | mitchhaporia@borkanscahill.com |
| jsotos@jsotoslaw.com | whutchinson@borkanscahill.com |
| Jengquist@jsotoslaw.com | eschnidt@borkanscahill.com |
| jpolick@jsotoslaw.com | mboekeloo@borkanscahill.com |
| mhunt@jsotoslaw.com | |
| efleming@jsotoslaw.com | |
| tsotos@jsotoslaw.com | |

service was accomplished pursuant to ECF as to Filing Users and complies with LR 5.5 as to any party who is not a Filing User or represented by a Filing User by mailing a copy to the above-named attorney or party of record at the address listed above, from 225 W. Washington Street, Suite 2550, Chicago, IL 60606, prior to 5:00 p.m. on the 5th day of September, 2023, with proper postage prepaid.

                                                                             <u>s/ William B. Oberts</u>
                                                                             an Attorney