# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

Eruby Abrego

                Plaintiff,

v.                                           Case No.: 1:23−cv−01740

                                                                Honorable Steven C. Seeger

Reynaldo Guevara, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 29, 2024:

      MINUTE entry before the Honorable Steven C. Seeger: The Court reviewed the joint motion for finding of a good faith settlement. (Dckt. No. [140]) Plaintiff has reached a settlement in principle with the County Defendants, but not the City Defendants. Any response to the motion is due by November 15, 2024. Mailed notice(jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.