IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ERUBY ABREGO,<br>　　*Plaintiff*,<br><br>v.<br><br>REYNALDO GUEVARA, *et al.*,<br>　　*Defendants*. | ) ) ) ) ) ) ) ) ) ) | No. 23 CV 1740<br><br>Hon. Steven C. Seeger,<br>District Judge |
| JEREMIAH CAIN,<br>　　*Plaintiff*,<br><br>v.<br><br>REYNALDO GUEVARA, *et al.*,<br>　　*Defendants*. | ) ) ) ) ) ) ) ) ) ) | No. 23 CV 14282<br><br>Hon. Steven C. Seeger,<br>District Judge |

**PLAINTIFF'S MOTION TO COMPEL**
**DEFENDANTS TO PRODUCE OUTSTANDING DISCOVERY**

**Exhibit List**

Exhibit 1   Plaintiff's First Set of Interrogatories to Individual Defendant Officers

Exhibit 2   Group Exhibit: Defendant Responses to Plaintiff's First Set of Interrogatories

Exhibit 3   Defendants' Response to Plaintiff's Rule 37 Letter, March 22, 2024

Exhibit 4   Defendant City of Chicago's Answer to Plaintiff's First Set of Interrogatories

Exhibit 5   Defendant City of Chicago's 37.2 Response

Exhibit 6   Defendant City of Chicago's Discovery Responses Letter, October 4, 2024

Exhibit 7   Plaintiff's Letter to the City re: Discovery, October 15, 2024

Exhibit 8   Defendant City of Chicago's Answer to Plaintiff's First Request for Production

Exhibit 9   Plaintiff's Letter to the City re: Discovery, July 15, 2024

Exhibit 10	Plaintiff's Letter to the City re: 37.2 Conference Follow-Up

Exhibit 11	Deposition Notice, June 17, 2024

Exhibit 12	Deposition Notice, July 15, 2024

Exhibit 13	Deposition Notice, October 9, 2024

Exhibit 14	Confirming Email to Opposing Counsel re: Discovery Deadlines, August 30, 2024