**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Eruby Abrego, | ) | |
| | ) | |
| Plaintiff, | ) | Case No: 23 CV 1740 |
| | ) | |
| v. | ) | |
| | ) | |
| Reynaldo Guevara et al., | ) | |
| | ) | |
| Defendant. | ) | |

**SUPPLEMENTAL PRIVILEGE LOG OF THE COOK COUNTY
STATE'S ATTORNEY'S OFFICE IN RESPONSE TO SUBPOENA**

NOW COMES the Cook County State's Attorney's Office, by and through Assistant State's Attorney, Ashlee Doss, and submits the following Supplemental Privilege Log with respect to documents in its possession or control, in response to the subpoena issued by Loevy & Loevy, and The Sotos Law Firm, respectively on October 11, 2023 and April 22, 2024, to the Cook County State's Attorney's Office.

| Bates Stamped CCSAO | Withheld or Redacted | Description | Privilege(s) Asserted |
|---|---|---|---|
| 011086-011087, 011091, 011103, 011133, 011163, 011193 | Redacted | DOBs, SSNs, Addresses, Telephone Numbers | Personal Identity Information, Privacy Concerns [725 ILCS 120/4 (Crime Victims) and 815 ILCS 530 disclosure of private information |
| 011220-011223 | Withheld | ASA Notes: Unknown ASA Author, Impressions of proceeding as reflected in transcript and affidavit. Unspecified date of creation. Deliberative process of CCSAO | Attorney Work Product/ Deliberative Process |
| 011226, 011230-011232, 011343-011348 | Redacted | ASA Notes: Unknown ASA Author, Impressions of proceeding as reflected in an affidavit. Unspecified date of creation. Deliberative process of CCSAO | Attorney Work Product/ Deliberative Process |

| | | | |
|---|---|---|---|
| 011498, 011505, 011512, 011519, 011526, 011536-011537 | Redacted | DOBs, SSNs, Addresses, Telephone Numbers | Personal Identity Information, Privacy Concerns [725 ILCS 120/4 (Crime Victims) and 815 ILCS 530 disclosure of private information |
| 011539-011540-011542, 011544-011546 | Redacted | ASA Notes: Unknown ASA Author, Impressions of proceeding as reflected in an affidavit. Unspecified date of creation. Deliberative process of CCSAO | Attorney Work Product/ Deliberative Process |
| 011562, 011564-011566, 011568-011569, 011578-011583, 011586, 011589-011591, 011595, 011600, 011607-011609, 011615-001618 | Redacted | DOBs, SSNs, Addresses, Telephone Numbers | Personal Identity Information, Privacy Concerns [725 ILCS 120/4 (Crime Victims) and 815 ILCS 530 disclosure of private information |
| 001619-011646 | Withheld | LEADS | 20 Ill. Admin. Code 1240.80(d) |
| 011655, 011668, 011670-011673, 011677, 011680, 011683, 011760, 011762, 011794, 011797, 011805, 011827, 011829-011834 | Redacted | DOBs, SSNs, Addresses, Telephone Numbers, License Plate Numbers | Personal Identity Information, Privacy Concerns [725 ILCS 120/4 (Crime Victims) and 815 ILCS 530 disclosure of private information |
| 011835- | Withheld | LEADS | 20 Ill. Admin. Code 1240.80(d) |

| | | | |
|---|---|---|---|
| 011852 | | | |
| 011866-011867, 011876-011880, 011882-011884, 011886, 011897-011898, 011901, 011909, 011915, 011918, 011938, 011941, 011943-011944, 011948, 011956, 011960, 011962, 011964, 011973-011977, 011984-011996, 012002, 012003, 012014 | Redacted | DOBs, SSNs, Addresses, Telephone Numbers, License Plate Numbers, Driver's License Numbers | Personal Identity Information, Privacy Concerns [725 ILCS 120/4 (Crime Victims) and 815 ILCS 530 disclosure of private information |
| 012026-012028, 012032, 012035-012037, 012092 | Redacted | DOBs, SSNs, Addresses, Telephone Numbers, License Plate Numbers, Driver's License Numbers | Personal Identity Information, Privacy Concerns [725 ILCS 120/4 (Crime Victims) and 815 ILCS 530 disclosure of private information |
| 012105-012111 | Withheld | LEADS | 20 Ill. Admin. Code 1240.80(d) |
| 012150, 012155, 012159-012160, 012210, 012212-012213, 012217- | Redacted | DOBs, SSNs, Addresses, Telephone Numbers, License Plate Numbers, Driver's License Numbers, VIN Numbers | Personal Identity Information, Privacy Concerns [725 ILCS 120/4 (Crime Victims) and 815 ILCS 530 disclosure of private information |

| | | | |
|---|---|---|---|
| 012222 012224-012225, 012230-012231, 012263, 012266, 012270, 012278, 012282-012286, 012289, 012294, 012300, 012317-012320, 012323-012325, 012327-012328, 012344-012345 | | | |
| 012347-012359, 012361-012362 | Withheld | ASA Notes: Unknown ASA Author, Case Strategy/trial notes. Unspecified date of creation. Deliberative process of CCSAO | Attorney Work Product/ Deliberative Process |
| 012372, 012384, 012407, 012419, 012442, 012477, 012490 | Redacted | DOBs, SSNs, Addresses, Telephone Numbers, License Plate Numbers, Driver's License Numbers, VIN Numbers | Personal Identity Information, Privacy Concerns [725 ILCS 120/4 (Crime Victims) and 815 ILCS 530 disclosure of private information |
| 012597, 012706-012717, 012719-012727 | Withheld | Personal Medical Records of Eruby Abrego at Cermak Health Services of Cook County | Private Health Information/HIPAA |
| 012598-012603 | Withheld | ASA Notes: Unknown ASA Author, Case notes. Unspecified date of creation. Deliberative process of CCSAO | Attorney Work Product/ Deliberative Process |
| 012618, 012628, 012645, 012655, 012672, | Redacted | DOBs, SSNs, Addresses, Telephone Numbers, License Plate Numbers, Driver's License Numbers, VIN Numbers | Personal Identity Information, Privacy Concerns [725 ILCS 120/4 (Crime Victims) and 815 ILCS 530 disclosure of private information |

| | | | |
|---|---|---|---|
| 012682, 012698, 012701, 012704, 012732, 012795, 012859, 012869, 012886, 012896, 012913, 012923, 012940, 012950, 012974, 012976, 012978, 012991, 013008, 013010, 013012, 013042, 013044, 013046, 013076, 013078, 013080, 013093-013094 | | | |
| 013107-013109, 013120, 013122, 013129, 013137, 013141-013142, 013156-013157, 013163, 013165 | Redacted | DOBs, SSNs, Addresses, Telephone Numbers, License Plate Numbers, Driver's License Numbers, VIN Numbers | Personal Identity Information, Privacy Concerns [725 ILCS 120/4 (Crime Victims) and 815 ILCS 530 disclosure of private information |
| 013170-013176 | Redacted | Photo Lineup | Physical line up photos protected under 725 ILCS 5/107A-2 |
| 013190, 013192- | Redacted | DOBs, SSNs, Addresses, Telephone Numbers, License Plate Numbers, Driver's | Personal Identity Information, Privacy Concerns [725 ILCS |

| | | | |
|---|---|---|---|
| 013193, 013195, 013198 | | License Numbers, VIN Numbers | 120/4 (Crime Victims) and 815 ILCS 530 disclosure of private information |
| 013200-013203 | Withheld | Personal Medical Records of Juan Hernandez at Bethany Hospital | Private Health Information/HIPAA |
| 013209, 013212-013214, 013226, 013228-013229, 013254, 013268-013271, 013277 | Redacted | DOBs, SSNs, Addresses, Telephone Numbers, License Plate Numbers, Driver's License Numbers, | Personal Identity Information, Privacy Concerns [725 ILCS 120/4 (Crime Victims) and 815 ILCS 530 disclosure of private information |
| 013278, 013301-013302, 013320-013323 | Withheld | Personal Medical Records of Wilfredo Arroyo at St. Elizabeth's Hospital | Private Health Information/HIPAA |
| 013279, 013281-013287, 013290-013291, 013293, 013303-013305, 013308, 013324-013326, 013334, 013337, 013339, 013342-013345, 013347, 013350, 013354, 013356, 013362-013363, 013368, 013372, 013376, 013378- | Redacted | DOBs, SSNs, Addresses, Telephone Numbers, License Plate Numbers, Driver's License Numbers, | Personal Identity Information, Privacy Concerns [725 ILCS 120/4 (Crime Victims) and 815 ILCS 530 disclosure of private information |

| | | | |
|---|---|---|---|
| 013379, 013387 | | | |
| 013386, 013409-013410, 013428-013431, 013494, 013517-013518 | Withheld | Personal Medical Records of Wilfredo Arroyo at St. Elizabeth's Hospital | Private Health Information/HIPAA |
| 013389-013395, 013398-013399, 013401, 013411-013413, 013416, 013433, 013452-013453, 013455, 013464, 013470, 013480, 013484, 013486-013487, 013491, 013493, 013495-013504-013507, 013509, 013519-013521 | Redacted | DOBs, SSNs, Addresses, Telephone Numbers, | Personal Identity Information, Privacy Concerns [725 ILCS 120/4 (Crime Victims) and 815 ILCS 530 disclosure of private information |
| 013536-013539 | Withheld | Personal Medical Records of Wilfredo Arroyo at St. Elizabeth's Hospital | Private Health Information/HIPAA |
| 013541, 013560-013561, 013563, 013566, 013570, 013572, 013578- | Redacted | DOBs, SSNs, Addresses, Telephone Numbers, Driver's License Numbers | Personal Identity Information, Privacy Concerns [725 ILCS 120/4 (Crime Victims) and 815 ILCS 530 disclosure of private information |

| | | | |
|---|---|---|---|
| 013579, 013582, 013584, 013588, 013592-013596, 013599, 013601 | | | |
| 013602, 013625-013626, 013644-013647 | Withheld | Personal Medical Records of Wilfredo Arroyo at St. Elizabeth's Hospital | Private Health Information/HIPAA |
| 013603, 013605-013611, 013615, 013617, 013627-013629, 013632, 013648-013650, 013661, 013663, 013668-013669, 013671, 013686, 013692-013693, 013702-013703, 013720-013721, 013738-013739 | Redacted | DOBs, SSNs, Addresses, Telephone Numbers, License Plate Numbers, Driver's License Numbers, | Personal Identity Information, Privacy Concerns [725 ILCS 120/4 (Crime Victims) and 815 ILCS 530 disclosure of private information |
| 013700-013701, 013718-013719, 013736-013737, 013754-013755 | Withheld | LEADS | 20 Ill. Admin. Code 1240.80(d) |
| 013756- | Redacted | DOBs, SSNs, Addresses, Telephone | Personal Identity Information, |

| | | | |
|---|---|---|---|
| 013757, 013770, 013774-013777, 013779-013781, 013793-013787, 013792, 013797, 013810, 013814-013817, 013819-013821, 013823-013825-013826, 013832, 013837, 013850, 013854-013857, 013859-013860, 013965-013867, 013872, 013890, 013894-013897, 013899, 013905-013907, 013912, 013932, 013934, 013937, 013939, 013944-013946, 013948, 013951, 013954-013955, 013976, | | Numbers, License Plate Numbers, Driver's License Numbers | Privacy Concerns [725 ILCS 120/4 (Crime Victims) and 815 ILCS 530 disclosure of private information |

| | | | |
|---|---|---|---|
| 013978, 013981, 013983, 013988-013989, 013990, 013992, 013995, 013998-013999, 014020, 014022, 014025, 014027, 014032-014034, 014036, 014039, 014042, 014064, 014066, 014069, 014071, 014076-014078, 014080, 014083, 014086, 014109-014110, 014112, 014117, 014122-014124, 014126-014127, 014131-014133, 014137, 014144-014145, 014148-014151, 014153-014154, 014156, | | | |

| | | | |
|---|---|---|---|
| 014161, 014166-014171, 014175-014177, 014181, 014186-014189, 014192-014195, 014197-014205, 014210-014215, 014219-014221, 014225, 014230-014233, 014236-014239, 014241-014267, 014269, 014274, 014276-014277, 014280-014283, 014286-014287, 014289, 014290-014307, 014316-014317, 014321, 014325-014326, 014328-014329, 014331, 014347, 014355-014356, 014360, | | | |

| | | | |
|---|---|---|---|
| 014365, 014367, 014375, 014378-014381, 014385, 014394-014395, 014399, 014403 - 014404 , 014409-014420 | | | |
| 014382, 014421 | Withheld | Personal Medical Record of Delia Leal at Chicago Fire Department | Private Health Information/HIPAA |
| 014422, 014424, 014433, 014438 | Redacted | DOBs, SSNs, Addresses, Telephone Numbers, License Plate Numbers, Driver's License Numbers, | Personal Identity Information, Privacy Concerns [725 ILCS 120/4 (Crime Victims) and 815 ILCS 530 disclosure of private information |
| 014442-014480 | Withheld | ASA Notes: Unknown ASA Author, Case notes. Unspecified date of creation. Deliberative process of CCSAO | Attorney Work Product/ Deliberative Process |
| 014755-014799 | Withheld | ASA Notes: Unknown ASA Author, Case notes. Unspecified date of creation. Deliberative process of CCSAO | Attorney Work Product/ Deliberative Process |
| 014831, 014893, 015125, 015135, 015152, 015162, 015179, 015189, 015206, 015216, 015255-015259, 015263-015264, 015266, 015268, 015271, 015273-015279, 015281, | Redacted | DOBs, SSNs, Addresses, Telephone Numbers, License Plate Numbers, Driver's License Numbers, | Personal Identity Information, Privacy Concerns [725 ILCS 120/4 (Crime Victims) and 815 ILCS 530 disclosure of private information |

| | | | |
|---|---|---|---|
| 015283, 015288, 015295, 015302, 015311 | | | |
| 015339-015340 | Withheld | ASA Notes: Unknown ASA Author, Case notes regarding potential trial exhibits. Unspecified date of creation. Deliberative process of CCSAO | Attorney Work Product/ Deliberative Process |
| 015345-015347, 015432, 015448-015449, 015603, 015640-015659, 016279-016280, 016417-016418, 016478, 016483, 016503, 016508, 016528, 016553, 016558 | Redacted | DOBs, SSNs, Addresses, Telephone Numbers, License Plate Numbers, Driver's License Numbers, | Personal Identity Information, Privacy Concerns [725 ILCS 120/4 (Crime Victims) and 815 ILCS 530 disclosure of private information |
| 016470, 016675-016676 | Redacted | ASA Notes: Unknown ASA Author, Mental impressions regarding testimony. Unspecified date of creation. Deliberative process of CCSAO | Attorney Work Product/ Deliberative Process |
| 016679, 016810, 016887, 016976, 017053, 017219 | Redacted | DOBs, SSNs, Addresses, Telephone Numbers, License Plate Numbers, Driver's License Numbers, | Personal Identity Information, Privacy Concerns [725 ILCS 120/4 (Crime Victims) and 815 ILCS 530 disclosure of private information |
| 017308-017310 | Withheld | ASA Notes: Unknown ASA Author, Case strategy. Unspecified date of creation. Deliberative process of CCSAO | Attorney Work Product/ Deliberative Process |
| 017316-017318, 017323 | Redacted | DOBs, SSNs, Addresses, Telephone Numbers, License Plate Numbers, Driver's License Numbers | Personal Identity Information, Privacy Concerns [725 ILCS 120/4 (Crime Victims) and 815 ILCS 530 disclosure of private information |

| | | | |
|---|---|---|---|
| 017323-017324, 017681-017682, 017685-017687, 017691-017693, 017713-017715 | Redacted | ASA Notes: Unknown ASA Author, Mental impression of affidavit. Unspecified date of creation. Deliberative process of CCSAO | Attorney Work Product/ Deliberative Process |
| 017327-017328, 017359-017360, 017416, 017433, 017443 | Redacted | DOBs, SSNs, Addresses, Telephone Numbers, License Plate Numbers, Driver's License Numbers | Personal Identity Information, Privacy Concerns [725 ILCS 120/4 (Crime Victims) and 815 ILCS 530 disclosure of private information |
| 017475-017487 | Withheld | ASA Notes: Unknown ASA Author, Case notes. Unspecified date of creation. Deliberative process of CCSAO | Attorney Work Product/ Deliberative Process |
| 017504-017515 | Withheld | LEADS | 20 Ill. Admin. Code 1240.80(d) |
| 017517, 017523, 017528-017531, 017536, 017540, 017543, 017566, 017569, 017592, 017595 | Redacted | DOBs, Addresses, Telephone Numbers | Personal Identity Information, Privacy Concerns [725 ILCS 120/4 (Crime Victims) and 815 ILCS 530 disclosure of private information |
| 017615-017622 | Withheld | ASA Notes: Unknown ASA Author, Case notes. Unspecified date of creation. Deliberative process of CCSAO | Attorney Work Product/ Deliberative Process |
| 017626, 017629, 017652 | Redacted | DOBs, Addresses, Telephone Numbers | Personal Identity Information, Privacy Concerns [725 ILCS 120/4 (Crime Victims) and 815 ILCS 530 disclosure of private information |
| 017653-017654 | Withheld | ASA Notes: Unknown ASA Author, Case notes. Unspecified date of creation. Deliberative process of CCSAO. | Attorney Work Product/ Deliberative Process |
| 017655-017660, | Redacted | ASA Notes: Unknown ASA Author, Mental Impressions and case strategy regarding case | Attorney Work Product/ Deliberative Process |

| | | | |
|---|---|---|---|
| 017662-017664, 017681-017683, 017721-017722 | | filings. Unspecified date of creation. Deliberative process of CCSAO. | |
| 017666-017671 | Withheld | ASA Notes: Unknown ASA Author, Case strategy regarding case witnesses and theory of the case. Unspecified date of creation. Deliberative process of CCSAO. | Attorney Work Product/ Deliberative Process |
| 017672-017673, 017679, 017689, 017694, 017697, 017710-017711, 017718, 0117723 | Redacted | DOBs, Addresses, Telephone Numbers, License Plate | Personal Identity Information, Privacy Concerns [725 ILCS 120/4 (Crime Victims) and 815 ILCS 530 disclosure of private information |
| 017709, 017725-017751, 017754-017755 | Withheld | ASA Notes: Unknown ASA Author, Case Notes and case strategy. Unspecified date of creation. Deliberative process of CCSAO. | Attorney Work Product/ Deliberative Process |
| 017813-017819, 017821, 017823, 017825, 017828, 017831-017837, 017839, 017843, 017846, 017849-017855, 017857, 017859-017861, 017864, 017867-017873, 017875, 017877, | Redacted | DOBs, Addresses, Telephone Numbers, License Plate Numbers, VIN Numbers | Personal Identity Information, Privacy Concerns [725 ILCS 120/4 (Crime Victims) and 815 ILCS 530 disclosure of private information |

| | | | |
|---|---|---|---|
| 017879, 017882 | | | |
| 017889-017946, 017948-017963, 017965-017981 | Withheld | ASA Notes: Unknown ASA Author, Case Notes and case strategy. Unspecified date of creation. Deliberative process of CCSAO. | Attorney Work Product/ Deliberative Process |
| 017986, 017989, 017991-017999, 018002-018068, 018070-018076 | Withheld | ASA Notes: Unknown ASA Author, Case Notes and case strategy trial notes. Unspecified date of creation. Deliberative process of CCSAO. | Attorney Work Product/ Deliberative Process |
| 018115, 018118-018122, 018124-018125, 018128-018129, 018132-018146, 018151, 018155, 018157, 018166-018167, 018169-018171, 018173-018178, 018180-018186, 018166-018195 | Redacted | DOBs, Addresses, Telephone Numbers, License Plate Numbers, VIN Numbers | Personal Identity Information, Privacy Concerns [725 ILCS 120/4 (Crime Victims) and 815 ILCS 530 disclosure of private information |
| 018240-018279, 018281-018282, 018294-018296, 018403-018405, | Withheld | ASA Notes: Unknown ASA Author, Case Notes, case strategy, and mental impression regarding case filings. Unspecified date of creation. Deliberative process of CCSAO. | Attorney Work Product/ Deliberative Process |

| | | | |
|---|---|---|---|
| 018407-018409, 018411-018413, 018415-018417, 018525-018527, 018593-018595 | | | |
| 018389, 018401, 018406, 018410, 018414, 018418-018419, 018421-018422, 018424-018425, 018427-018428, 018430 | Redacted | DOBs, Addresses, Telephone Numbers, License Plate Numbers, VIN Numbers | Personal Identity Information, Privacy Concerns [725 ILCS 120/4 (Crime Victims) and 815 ILCS 530 disclosure of private information |
| 018604-018642, 018654-018671, 018700 | Withheld | ASA Notes: Unknown ASA Author, Mental impression regarding potential case filings and potential testimony. Unspecified date of creation. Deliberative process of CCSAO. | Attorney Work Product/ Deliberative Process |
| 018672-018673, 018722, 018733, 018735, 018737 | Redacted | DOBs, Addresses, Telephone Numbers, License Plate Numbers, VIN Numbers | Personal Identity Information, Privacy Concerns [725 ILCS 120/4 (Crime Victims) and 815 ILCS 530 disclosure of private information |
| 018718 | Redacted | Grand Jury Information. | Grand Jury 725 ILCS 5/112-6 |
| 018719-018720, 018722, 018726, 018734, 018736, 018742-018744, 018746, 018747, | Redacted | ASA Notes: Unknown ASA Author, Mental Impressions regarding court hearings and case Strategy. Unspecified date of creation. Deliberative process of CCSAO. | Attorney Work Product/ Deliberative Process |

| | | | |
|---|---|---|---|
| 018749-018750, 018752, 018754, 018756, 018762, 018764-018766, 018770 | | | |
| 018768, 018774, 018784, 018835, 018840, 018846-018850 | Redacted | DOBs, Addresses, Telephone Numbers, License Plate Numbers, VIN Numbers | Personal Identity Information, Privacy Concerns [725 ILCS 120/4 (Crime Victims) and 815 ILCS 530 disclosure of private information |
| 018769 | Redacted | Grand Jury True Bill Indictment | Grand Jury 725 ILCS 5/112-6 |
| 018800-018802 | Withheld | ASA Notes: Unknown ASA Author, Mental Impressions regarding court hearings and case Strategy. Unspecified date of creation. Deliberative process of CCSAO. | Attorney Work Product/ Deliberative Process |
| 018877-018878, 018880-018881, 018883-018884, 018887-018888, 018891-018899, 018901-018905 , 018908, 018910, 018914-018916, 018925-018926, 018928-018932, 018935-018936, 018939-018941, 018943- | Redacted | DOBs, Addresses, Telephone Numbers, License Plate Numbers, VIN Numbers | Personal Identity Information, Privacy Concerns [725 ILCS 120/4 (Crime Victims) and 815 ILCS 530 disclosure of private information |

| | | | |
|---|---|---|---|
| 018949, 018951, 018953, 018956, 018958, 018962-018964, 018975-018982, 018984-019001, 019003-019008, 019010-019048, 019058, 019145, 019153, 019157, 019272, 019284 | | | |
| 019317-019318, 019325-019326, 019335, 019543, 019557 | Redacted | ASA Notes: Unknown ASA Author, Mental Impressions regarding potential case filings. Unspecified date of creation. Deliberative process of CCSAO. | Attorney Work Product/ Deliberative Process |
| 019559 | Redacted | Address | Personal Identity Information, Privacy Concerns [725 ILCS 120/4 (Crime Victims) and 815 ILCS 530 disclosure of private information |
| 019560-019561, 019595-019596 | Withheld | Personal Medical Records of Eruby Abrego at Cermak Health Services | Private Health Information/HIPAA |
| 019564, 019574 | Redacted | DOBs, Addresses, Telephone Numbers, License Plate Numbers, VIN Numbers | Personal Identity Information, Privacy Concerns [725 ILCS 120/4 (Crime Victims) and 815 ILCS 530 disclosure of private information |
| 019756-019760, 019762-019765, | Redacted | ASA Notes: Unknown ASA Author, Mental Impressions regarding potential case filings. Unspecified date of creation. Deliberative process of CCSAO. | Attorney Work Product/ Deliberative Process |

| | | | |
|---|---|---|---|
| 019766 | | | |
| 019864-019868 | Redacted | DOBs, Addresses, Telephone Numbers, License Plate Numbers, VIN Numbers | Personal Identity Information, Privacy Concerns [725 ILCS 120/4 (Crime Victims) and 815 ILCS 530 disclosure of private information |

        Respectfully submitted,

        KIMBERLY M. FOXX
        Cook County State's Attorney

By:    /s/*Ashlee Doss*
       Ashlee B. Doss
       Assistant State's Attorney
       Civil Actions Bureau
       500 Richard J. Daley Center
       Chicago, Illinois 60602
       (312) 603-3184
       Ashlee.doss@cookcountysao.org