

**Smith v. City of Chicago**

**Cook County State's Attorney's Office Privilege Log**

| | COOK COUNTY STATE'S ATTORNEY'S OFFICE PRIVILEGE LOG | | | | | |
|---|---|---|---|---|---|---|
| Date | Case Name & Number | | | | ASA/Bar Taker [name] | |
| **Bates Number** | **Redacted/Withheld** | **Date** | **To/From** | **Title, Subject, or Description** | **Privileges/Exemptions** | **Basis** |
| 019946 | Redacted | | | Addresses, Telephone Numbers, Date of Birth, SSN | Personal Private Information | Redacted pursuant to 725 ILCS 120/4 for Crime Victims and 815 ILCS 530 Disclosure of Private Information and General Privacy Considerations |
| 019952 | Redacted | | | ASA Handwritten Notes on the Hearing Status | ASA Work Product | Redacted pursuant to Attorney Work Product & Deliberative Process |
| 019956-019957 | Redacted | | | ASA Handwritten Notes on the draft motion statement 2024 | ASA Work Product | Redacted pursuant to Attorney Work Product & Deliberative Process |
| 019959 | Redacted | | | ASA Handwritten Notes on the case supporting motion | ASA Work Product | Redacted pursuant to Attorney Work Product & Deliberative Process |
| 019960 | Redacted | | | Addresses, Telephone Numbers, Date of Birth, SSN | Personal Private Information | Redacted pursuant to 725 ILCS 120/4 for Crime Victims and 815 ILCS 530 Disclosure of Private Information and General Privacy Considerations |
| 019965 | Redacted | | | Addresses, Telephone Numbers, Date of Birth, SSN | Personal Private Information | Redacted pursuant to 725 ILCS 120/4 for Crime Victims and 815 ILCS 530 Disclosure of Private Information and General Privacy Considerations |
| 019969 | Redacted | | | Addresses, Telephone Numbers, Date of Birth, SSN | Personal Private Information | Redacted pursuant to 725 ILCS 120/4 for Crime Victims and 815 ILCS 530 Disclosure of Private Information and General Privacy Considerations |
| 020018-020019 | Redacted | | | Addresses, Telephone Numbers, Date of Birth, SSN | Personal Private Information | Redacted pursuant to 725 ILCS 120/4 for Crime Victims and 815 ILCS 530 Disclosure of Private Information and General Privacy Considerations |
| 020023 | Redacted | | | Addresses, Telephone Numbers, Date of Birth, SSN | Personal Private Information | Redacted pursuant to 725 ILCS 120/4 for Crime Victims and 815 ILCS 530 Disclosure of Private Information and General Privacy Considerations |
| 020044-020046 | Redacted | | | Addresses, Telephone Numbers, Date of Birth, SSN | Personal Private Information | Redacted pursuant to 725 ILCS 120/4 for Crime Victims and 815 ILCS 530 Disclosure of Private Information and General Privacy Considerations |
| 020044 | Redacted | | | Drivers License No. and/or VIN | Drivers Privacy Protection | Redacted pursuant to Driver's Privacy Protection Act (DPPA), 18 USC § 2721 |
| 020047 | Redacted | | | Drivers License No. and/or VIN | Drivers Privacy Protection | Redacted pursuant to Driver's Privacy Protection Act (DPPA), 18 USC § 2721 |
| 020048 | Redacted | | | Addresses, Telephone Numbers, Date of Birth, SSN | Personal Private Information | Redacted pursuant to 725 ILCS 120/4 for Crime Victims and 815 ILCS 530 Disclosure of Private Information and General Privacy Considerations |
| 020050-020051 | Redacted | | | Addresses, Telephone Numbers, Date of Birth, SSN | Personal Private Information | Redacted pursuant to 725 ILCS 120/4 for Crime Victims and 815 ILCS 530 Disclosure of Private Information and General Privacy Considerations |
| 020053 | Redacted | | | Addresses, Telephone Numbers, Date of Birth, SSN | Personal Private Information | Redacted pursuant to 725 ILCS 120/4 for Crime Victims and 815 ILCS 530 Disclosure of Private Information and General Privacy Considerations |
| 020058-020060 | Redacted | | | Addresses, Telephone Numbers, Date of Birth, SSN | Personal Private Information | Redacted pursuant to 725 ILCS 120/4 for Crime Victims and 815 ILCS 530 Disclosure of Private Information and General Privacy Considerations |
| 020063 | Redacted | | | Addresses, Telephone Numbers, Date of Birth, SSN | Personal Private Information | Redacted pursuant to 725 ILCS 120/4 for Crime Victims and 815 ILCS 530 Disclosure of Private Information and General Privacy Considerations |
| 020066 | Redacted | | | Addresses, Telephone Numbers, Date of Birth, SSN | Personal Private Information | Redacted pursuant to 725 ILCS 120/4 for Crime Victims and 815 ILCS 530 Disclosure of Private Information and General Privacy Considerations |
| 020071 | Redacted | | | Addresses, Telephone Numbers, Date of Birth, SSN | Personal Private Information | Redacted pursuant to 725 ILCS 120/4 for Crime Victims and 815 ILCS 530 Disclosure of Private Information and General Privacy Considerations |
| 020099 | Redacted | | | Addresses, Telephone Numbers, Date of Birth, SSN | Personal Private Information | Redacted pursuant to 725 ILCS 120/4 for Crime Victims and 815 ILCS 530 Disclosure of Private Information and General Privacy Considerations |
| 020127 | Redacted | | | Addresses, Telephone Numbers, Date of Birth, SSN | Personal Private Information | Redacted pursuant to 725 ILCS 120/4 for Crime Victims and 815 ILCS 530 Disclosure of Private Information and General Privacy Considerations |
| 020165 | Redacted | | | Addresses, Telephone Numbers, Date of Birth, SSN | Personal Private Information | Redacted pursuant to 725 ILCS 120/4 for Crime Victims and 815 ILCS 530 Disclosure of Private Information and General Privacy Considerations |
| 020167 | Redacted | | | ASA Handwritten Case Strategy Note | ASA Work Product | Redacted pursuant to Attorney Work Product & Deliberative Process |



Smith v. City of Chicago

**Cook County State's Attorney's Office Privilege Log**

| Bates Number | Redacted/Withheld | Date | To/From | Title, Subject, or Description | Privileges/Exemptions | Basis |
|---|---|---|---|---|---|---|
| 020173 | Redacted | | | Addresses, Telephone Numbers, Date of Birth, SSN | Personal Private Information | Redacted pursuant to 725 ILCS 120/4 for Crime Victims and 815 ILCS 530 Disclosure of Private Information and General Privacy Considerations |
| 020197-020203 | Redacted | | | ASA Handwritten Draft Statement of Facts | ASA Work Product | Redacted pursuant to Attorney Work Product & Deliberative Process |
| 020231 | Redacted | | | Addresses, Telephone Numbers, Date of Birth, SSN | Personal Private Information | Redacted pursuant to 725 ILCS 120/4 for Crime Victims and 815 ILCS 530 Disclosure of Private Information and General Privacy Considerations |
| 020233 | Redacted | | | Addresses, Telephone Numbers, Date of Birth, SSN | Personal Private Information | Redacted pursuant to 725 ILCS 120/4 for Crime Victims and 815 ILCS 530 Disclosure of Private Information and General Privacy Considerations |
| 020243 | Redacted | | | Addresses, Telephone Numbers, Date of Birth, SSN | Personal Private Information | Redacted pursuant to 725 ILCS 120/4 for Crime Victims and 815 ILCS 530 Disclosure of Private Information and General Privacy Considerations |
| 020245-020246 | Redacted | | | Addresses, Telephone Numbers, Date of Birth, SSN | Personal Private Information | Redacted pursuant to 725 ILCS 120/4 for Crime Victims and 815 ILCS 530 Disclosure of Private Information and General Privacy Considerations |
| 020251 | Redacted | | | Addresses, Telephone Numbers, Date of Birth, SSN | Personal Private Information | Redacted pursuant to 725 ILCS 120/4 for Crime Victims and 815 ILCS 530 Disclosure of Private Information and General Privacy Considerations |
| 020253 | Redacted | | | Addresses, Telephone Numbers, Date of Birth, SSN | Personal Private Information | Redacted pursuant to 725 ILCS 120/4 for Crime Victims and 815 ILCS 530 Disclosure of Private Information and General Privacy Considerations |
| 020317 | Redacted | | | Addresses, Telephone Numbers, Date of Birth, SSN | Personal Private Information | Redacted pursuant to 725 ILCS 120/4 for Crime Victims and 815 ILCS 530 Disclosure of Private Information and General Privacy Considerations |
| 020357 | Redacted | | | Addresses, Telephone Numbers, Date of Birth, SSN | Personal Private Information | Redacted pursuant to 725 ILCS 120/4 for Crime Victims and 815 ILCS 530 Disclosure of Private Information and General Privacy Considerations |
| 020363 | Redacted | | | Addresses, Telephone Numbers, Date of Birth, SSN | Personal Private Information | Redacted pursuant to 725 ILCS 120/4 for Crime Victims and 815 ILCS 530 Disclosure of Private Information and General Privacy Considerations |
| 020397 | Redacted | | | Addresses, Telephone Numbers, Date of Birth, SSN | Personal Private Information | Redacted pursuant to 725 ILCS 120/4 for Crime Victims and 815 ILCS 530 Disclosure of Private Information and General Privacy Considerations |
| 020432 | Redacted | | | Addresses, Telephone Numbers, Date of Birth, SSN | Personal Private Information | Redacted pursuant to 725 ILCS 120/4 for Crime Victims and 815 ILCS 530 Disclosure of Private Information and General Privacy Considerations |
| 020587-020588 | Redacted | | | Addresses, Telephone Numbers, Date of Birth, SSN | Personal Private Information | Redacted pursuant to 725 ILCS 120/4 for Crime Victims and 815 ILCS 530 Disclosure of Private Information and General Privacy Considerations |
| 020592 | Redacted | | | Addresses, Telephone Numbers, Date of Birth, SSN | Personal Private Information | Redacted pursuant to 725 ILCS 120/4 for Crime Victims and 815 ILCS 530 Disclosure of Private Information and General Privacy Considerations |
| 020613-020620 | Redacted | | | Addresses, Telephone Numbers, Date of Birth, SSN | Personal Private Information | Redacted pursuant to 725 ILCS 120/4 for Crime Victims and 815 ILCS 530 Disclosure of Private Information and General Privacy Considerations |
| 020613 | Redacted | | | Drivers License No. and/or VIN | Drivers Privacy Protection | Redacted pursuant to Driver's Privacy Protection Act (DPPA), 18 USC § 2721 |
| 020616-020617 | Redacted | | | Drivers License No. and/or VIN | Drivers Privacy Protection | Redacted pursuant to Driver's Privacy Protection Act (DPPA), 18 USC § 2721 |
| 020622 | Redacted | | | Addresses, Telephone Numbers, Date of Birth, SSN | Personal Private Information | Redacted pursuant to 725 ILCS 120/4 for Crime Victims and 815 ILCS 530 Disclosure of Private Information and General Privacy Considerations |
| 020627-020630 | Redacted | | | Addresses, Telephone Numbers, Date of Birth, SSN | Personal Private Information | Redacted pursuant to 725 ILCS 120/4 for Crime Victims and 815 ILCS 530 Disclosure of Private Information and General Privacy Considerations |
| 020635 | Redacted | | | Addresses, Telephone Numbers, Date of Birth, SSN | Personal Private Information | Redacted pursuant to 725 ILCS 120/4 for Crime Victims and 815 ILCS 530 Disclosure of Private Information and General Privacy Considerations |
| 020659 | Redacted | | | Addresses, Telephone Numbers, Date of Birth, SSN | Personal Private Information | Redacted pursuant to 725 ILCS 120/4 for Crime Victims and 815 ILCS 530 Disclosure of Private Information and General Privacy Considerations |
| 020668 | Redacted | | | Addresses, Telephone Numbers, Date of Birth, SSN | Personal Private Information | Redacted pursuant to 725 ILCS 120/4 for Crime Victims and 815 ILCS 530 Disclosure of Private Information and General Privacy Considerations |
| 020696 | Redacted | | | Addresses, Telephone Numbers, Date of Birth, SSN | Personal Private Information | Redacted pursuant to 725 ILCS 120/4 for Crime Victims and 815 ILCS 530 Disclosure of Private Information and General Privacy Considerations |
| 020734 | Redacted | | | Addresses, Telephone Numbers, Date of Birth, SSN | Personal Private Information | Redacted pursuant to 725 ILCS 120/4 for Crime Victims and 815 ILCS 530 Disclosure of Private Information and General Privacy Considerations |



Smith v. City of Chicago

**Cook County State's Attorney's Office Privilege Log**

| Bates Number | Redacted/Withheld | Date | To/From | Title, Subject, or Description | Privileges/Exemptions | Basis |
|---|---|---|---|---|---|---|
| 020741 | Redacted | | | Addresses, Telephone Numbers, Date of Birth, SSN | Personal Private Information | Redacted pursuant to 725 ILCS 120/4 for Crime Victims and 815 ILCS 530 Disclosure of Private Information and General Privacy Considerations |
| 020746 | Redacted | | | Addresses, Telephone Numbers, Date of Birth, SSN | Personal Private Information | Redacted pursuant to 725 ILCS 120/4 for Crime Victims and 815 ILCS 530 Disclosure of Private Information and General Privacy Considerations |
| 020752 | Redacted | | | Addresses, Telephone Numbers, Date of Birth, SSN | Personal Private Information | Redacted pursuant to 725 ILCS 120/4 for Crime Victims and 815 ILCS 530 Disclosure of Private Information and General Privacy Considerations |
| 020766 | Redacted | | | Handwritten Notes and Opinions on case information | ASA Work Product | Redacted pursuant to Attorney Work Product & Deliberative Process |
| 020784 | Redacted | | | Addresses, Telephone Numbers, Date of Birth, SSN | Personal Private Information | Redacted pursuant to 725 ILCS 120/4 for Crime Victims and 815 ILCS 530 Disclosure of Private Information and General Privacy Considerations |
| 020809-020815 | Redacted | | | LEADS | LEADS | Redacted pursuant to 20 Ill. Admin. Code 1240.80(d); 20 U.S.A. 534, 28 C.F.R. 20.20, 20.21, 20.30, 20.33 |
| 020893 | Redacted | | | Addresses, Telephone Numbers, Date of Birth, SSN | Personal Private Information | Redacted pursuant to 725 ILCS 120/4 for Crime Victims and 815 ILCS 530 Disclosure of Private Information and General Privacy Considerations |
| 020918 | Redacted | | | Addresses, Telephone Numbers, Date of Birth, SSN | Personal Private Information | Redacted pursuant to 725 ILCS 120/4 for Crime Victims and 815 ILCS 530 Disclosure of Private Information and General Privacy Considerations |
| 020928 | Redacted | | | Addresses, Telephone Numbers, Date of Birth, SSN | Personal Private Information | Redacted pursuant to 725 ILCS 120/4 for Crime Victims and 815 ILCS 530 Disclosure of Private Information and General Privacy Considerations |
| 021059 | Redacted | | | Addresses, Telephone Numbers, Date of Birth, SSN | Personal Private Information | Redacted pursuant to 725 ILCS 120/4 for Crime Victims and 815 ILCS 530 Disclosure of Private Information and General Privacy Considerations |
| 021072-021074 | Redacted | | | Addresses, Telephone Numbers, Date of Birth, SSN | Personal Private Information | Redacted pursuant to 725 ILCS 120/4 for Crime Victims and 815 ILCS 530 Disclosure of Private Information and General Privacy Considerations |
| 021077-021078 | Redacted | | | Addresses, Telephone Numbers, Date of Birth, SSN | Personal Private Information | Redacted pursuant to 725 ILCS 120/4 for Crime Victims and 815 ILCS 530 Disclosure of Private Information and General Privacy Considerations |
| 021083-021084 | Redacted | | | Addresses, Telephone Numbers, Date of Birth, SSN | Personal Private Information | Redacted pursuant to 725 ILCS 120/4 for Crime Victims and 815 ILCS 530 Disclosure of Private Information and General Privacy Considerations |
| 021084 | Redacted | | | Drivers License No. and/or VIN | Drivers Privacy Protection | Redacted pursuant to Driver's Privacy Protection Act (DPPA), 18 USC § 2721 |
| 021096-021097 | Redacted | | | Handwritten Trial Strategy Notes | ASA Work Product | Redacted pursuant to Attorney Work Product & Deliberative Process |
| 021111-021112 | Redacted | | | Addresses, Telephone Numbers, Date of Birth, SSN | Personal Private Information | Redacted pursuant to 725 ILCS 120/4 for Crime Victims and 815 ILCS 530 Disclosure of Private Information and General Privacy Considerations |
| 021119 | Redacted | | | Addresses, Telephone Numbers, Date of Birth, SSN | Personal Private Information | Redacted pursuant to 725 ILCS 120/4 for Crime Victims and 815 ILCS 530 Disclosure of Private Information and General Privacy Considerations |
| 021136 | Redacted | | | Addresses, Telephone Numbers, Date of Birth, SSN | Personal Private Information | Redacted pursuant to 725 ILCS 120/4 for Crime Victims and 815 ILCS 530 Disclosure of Private Information and General Privacy Considerations |
| 021162-021163 | Redacted | | | Addresses, Telephone Numbers, Date of Birth, SSN | Personal Private Information | Redacted pursuant to 725 ILCS 120/4 for Crime Victims and 815 ILCS 530 Disclosure of Private Information and General Privacy Considerations |
| 021167 | Redacted | | | Addresses, Telephone Numbers, Date of Birth, SSN | Personal Private Information | Redacted pursuant to 725 ILCS 120/4 for Crime Victims and 815 ILCS 530 Disclosure of Private Information and General Privacy Considerations |
| 021214 | Redacted | | | Addresses, Telephone Numbers, Date of Birth, SSN | Personal Private Information | Redacted pursuant to 725 ILCS 120/4 for Crime Victims and 815 ILCS 530 Disclosure of Private Information and General Privacy Considerations |
| 021244-021247 | Redacted | | | Addresses, Telephone Numbers, Date of Birth, SSN | Personal Private Information | Redacted pursuant to 725 ILCS 120/4 for Crime Victims and 815 ILCS 530 Disclosure of Private Information and General Privacy Considerations |
| 021252 | Redacted | | | Addresses, Telephone Numbers, Date of Birth, SSN | Personal Private Information | Redacted pursuant to 725 ILCS 120/4 for Crime Victims and 815 ILCS 530 Disclosure of Private Information and General Privacy Considerations |
| 021257 | Redacted | | | Addresses, Telephone Numbers, Date of Birth, SSN | Personal Private Information | Redacted pursuant to 725 ILCS 120/4 for Crime Victims and 815 ILCS 530 Disclosure of Private Information and General Privacy Considerations |
| 021297-021298 | Redacted | | | Addresses, Telephone Numbers, Date of Birth, SSN | Personal Private Information | Redacted pursuant to 725 ILCS 120/4 for Crime Victims and 815 ILCS 530 Disclosure of Private Information and General Privacy Considerations |



Smith v. City of Chicago

**Cook County State's Attorney's Office Privilege Log**

| Bates Number | Redacted/Withheld | Date | To/From | Title, Subject, or Description | Privileges/Exemptions | Basis |
|---|---|---|---|---|---|---|
| 021301-021302 | Redacted | | | Addresses, Telephone Numbers, Date of Birth, SSN | Personal Private Information | Redacted pursuant to 725 ILCS 120/4 for Crime Victims and 815 ILCS 530 Disclosure of Private Information and General Privacy Considerations |
| 021347-021348 | Redacted | | | Addresses, Telephone Numbers, Date of Birth, SSN | Personal Private Information | Redacted pursuant to 725 ILCS 120/4 for Crime Victims and 815 ILCS 530 Disclosure of Private Information and General Privacy Considerations |
| 021376 | Redacted | | | Addresses, Telephone Numbers, Date of Birth, SSN | Personal Private Information | Redacted pursuant to 725 ILCS 120/4 for Crime Victims and 815 ILCS 530 Disclosure of Private Information and General Privacy Considerations |
| 021478 | Redacted | | | Addresses, Telephone Numbers, Date of Birth, SSN | Personal Private Information | Redacted pursuant to 725 ILCS 120/4 for Crime Victims and 815 ILCS 530 Disclosure of Private Information and General Privacy Considerations |
| 021484 | Redacted | | | Addresses, Telephone Numbers, Date of Birth, SSN | Personal Private Information | Redacted pursuant to 725 ILCS 120/4 for Crime Victims and 815 ILCS 530 Disclosure of Private Information and General Privacy Considerations |
| 021490 | Redacted | | | Addresses, Telephone Numbers, Date of Birth, SSN | Personal Private Information | Redacted pursuant to 725 ILCS 120/4 for Crime Victims and 815 ILCS 530 Disclosure of Private Information and General Privacy Considerations |
| 021495 | Redacted | | | Addresses, Telephone Numbers, Date of Birth, SSN | Personal Private Information | Redacted pursuant to 725 ILCS 120/4 for Crime Victims and 815 ILCS 530 Disclosure of Private Information and General Privacy Considerations |
| 021497 | Redacted | | | Addresses, Telephone Numbers, Date of Birth, SSN | Personal Private Information | Redacted pursuant to 725 ILCS 120/4 for Crime Victims and 815 ILCS 530 Disclosure of Private Information and General Privacy Considerations |
| 021536 | Redacted | | | Addresses, Telephone Numbers, Date of Birth, SSN | Personal Private Information | Redacted pursuant to 725 ILCS 120/4 for Crime Victims and 815 ILCS 530 Disclosure of Private Information and General Privacy Considerations |
| 021539 | Redacted | | | Addresses, Telephone Numbers, Date of Birth, SSN | Personal Private Information | Redacted pursuant to 725 ILCS 120/4 for Crime Victims and 815 ILCS 530 Disclosure of Private Information and General Privacy Considerations |
| 021664-021665 | Redacted | | | Addresses, Telephone Numbers, Date of Birth, SSN | Personal Private Information | Redacted pursuant to 725 ILCS 120/4 for Crime Victims and 815 ILCS 530 Disclosure of Private Information and General Privacy Considerations |
| 021664 | Redacted | | | Drivers License No. VIN, or License Plate No. | Drivers Privacy Protection | Redacted pursuant to Driver's Privacy Protection Act (DPPA), 18 USC § 2721 |
| 021667 | Redacted | | | Addresses, Telephone Numbers, Date of Birth, SSN | Personal Private Information | Redacted pursuant to 725 ILCS 120/4 for Crime Victims and 815 ILCS 530 Disclosure of Private Information and General Privacy Considerations |
| 021712 | Redacted | | | Addresses, Telephone Numbers, Date of Birth, SSN | Personal Private Information | Redacted pursuant to 725 ILCS 120/4 for Crime Victims and 815 ILCS 530 Disclosure of Private Information and General Privacy Considerations |
| 021728 | Redacted | | | Addresses, Telephone Numbers, Date of Birth, SSN | Personal Private Information | Redacted pursuant to 725 ILCS 120/4 for Crime Victims and 815 ILCS 530 Disclosure of Private Information and General Privacy Considerations |
| 021738 | Redacted | | | Handwritten Notes and Opinions on case information | ASA Work Product | Redacted pursuant to Attorney Work Product & Deliberative Process |
| 021739-021740 | Redacted | | | Addresses, Telephone Numbers, Date of Birth, SSN | Personal Private Information | Redacted pursuant to 725 ILCS 120/4 for Crime Victims and 815 ILCS 530 Disclosure of Private Information and General Privacy Considerations |
| 021739 | Redacted | | | Drivers License No. and/or VIN, or License Plate No. | Drivers Privacy Protection | Redacted pursuant to Driver's Privacy Protection Act (DPPA), 18 USC § 2721 |
| 021742 | Redacted | | | Addresses, Telephone Numbers, Date of Birth, SSN | Personal Private Information | Redacted pursuant to 725 ILCS 120/4 for Crime Victims and 815 ILCS 530 Disclosure of Private Information and General Privacy Considerations |
| 021759 | Redacted | | | Addresses, Telephone Numbers, Date of Birth, SSN | Personal Private Information | Redacted pursuant to 725 ILCS 120/4 for Crime Victims and 815 ILCS 530 Disclosure of Private Information and General Privacy Considerations |
| 021762 | Redacted | | | Addresses, Telephone Numbers, Date of Birth, SSN | Personal Private Information | Redacted pursuant to 725 ILCS 120/4 for Crime Victims and 815 ILCS 530 Disclosure of Private Information and General Privacy Considerations |
| 021781 | Redacted | | | Addresses, Telephone Numbers, Date of Birth, SSN | Personal Private Information | Redacted pursuant to 725 ILCS 120/4 for Crime Victims and 815 ILCS 530 Disclosure of Private Information and General Privacy Considerations |
| 021791 | Redacted | | | Addresses, Telephone Numbers, Date of Birth, SSN | Personal Private Information | Redacted pursuant to 725 ILCS 120/4 for Crime Victims and 815 ILCS 530 Disclosure of Private Information and General Privacy Considerations |
| 021802-021805 | Redacted | | | Addresses, Telephone Numbers, Date of Birth, SSN | Personal Private Information | Redacted pursuant to 725 ILCS 120/4 for Crime Victims and 815 ILCS 530 Disclosure of Private Information and General Privacy Considerations |
| 021802 | Redacted | | | Drivers License No. VIN, License Plate No. | Drivers Privacy Protection | Redacted pursuant to Driver's Privacy Protection Act (DPPA), 18 USC § 2721 |



Smith v. City of Chicago

Cook County State's Attorney's Office Privilege Log

| Bates Number | Redacted/Withheld | Date | To/From | Title, Subject, or Description | Privileges/Exemptions | Basis |
|---|---|---|---|---|---|---|
| 021889 | Redacted | | | Addresses, Telephone Numbers, Date of Birth, SSN | Personal Private Information | Redacted pursuant to 725 ILCS 120/4 for Crime Victims and 815 ILCS 530 Disclosure of Private Information and General Privacy Considerations |
| 021895 | Redacted | | | Addresses, Telephone Numbers, Date of Birth, SSN | Personal Private Information | Redacted pursuant to 725 ILCS 120/4 for Crime Victims and 815 ILCS 530 Disclosure of Private Information and General Privacy Considerations |
| 021902 | Redacted | | | Addresses, Telephone Numbers, Date of Birth, SSN | Personal Private Information | Redacted pursuant to 725 ILCS 120/4 for Crime Victims and 815 ILCS 530 Disclosure of Private Information and General Privacy Considerations |
| 021922 | Redacted | | | Addresses, Telephone Numbers, Date of Birth, SSN | Personal Private Information | Redacted pursuant to 725 ILCS 120/4 for Crime Victims and 815 ILCS 530 Disclosure of Private Information and General Privacy Considerations |
| 021931 | Redacted | | | Addresses, Telephone Numbers, Date of Birth, SSN | Personal Private Information | Redacted pursuant to 725 ILCS 120/4 for Crime Victims and 815 ILCS 530 Disclosure of Private Information and General Privacy Considerations |
| 021951 | Redacted | | | Addresses, Telephone Numbers, Date of Birth, SSN | Personal Private Information | Redacted pursuant to 725 ILCS 120/4 for Crime Victims and 815 ILCS 530 Disclosure of Private Information and General Privacy Considerations |
| 021986 | Redacted | | | Addresses, Telephone Numbers, Date of Birth, SSN | Personal Private Information | Redacted pursuant to 725 ILCS 120/4 for Crime Victims and 815 ILCS 530 Disclosure of Private Information and General Privacy Considerations |
| 021987 | Redacted | | | Addresses, Telephone Numbers, Date of Birth, SSN | Personal Private Information | Redacted pursuant to 725 ILCS 120/4 for Crime Victims and 815 ILCS 530 Disclosure of Private Information and General Privacy Considerations |
| 021994 | Redacted | | | Addresses, Telephone Numbers, Date of Birth, SSN | Personal Private Information | Redacted pursuant to 725 ILCS 120/4 for Crime Victims and 815 ILCS 530 Disclosure of Private Information and General Privacy Considerations |
| 022052 | Redacted | | | Addresses, Telephone Numbers, Date of Birth, SSN | Personal Private Information | Redacted pursuant to 725 ILCS 120/4 for Crime Victims and 815 ILCS 530 Disclosure of Private Information and General Privacy Considerations |
| 022053 | Redacted | | | Addresses, Telephone Numbers, Date of Birth, SSN | Personal Private Information | Redacted pursuant to 725 ILCS 120/4 for Crime Victims and 815 ILCS 530 Disclosure of Private Information and General Privacy Considerations |
| 022054 | Redacted | | | Addresses, Telephone Numbers, Date of Birth, SSN | Personal Private Information | Redacted pursuant to 725 ILCS 120/4 for Crime Victims and 815 ILCS 530 Disclosure of Private Information and General Privacy Considerations |
| 022084 | Redacted | | | Addresses, Telephone Numbers, Date of Birth, SSN | Personal Private Information | Redacted pursuant to 725 ILCS 120/4 for Crime Victims and 815 ILCS 530 Disclosure of Private Information and General Privacy Considerations |
| 022139 | Redacted | | | Addresses, Telephone Numbers, Date of Birth, SSN | Personal Private Information | Redacted pursuant to 725 ILCS 120/4 for Crime Victims and 815 ILCS 530 Disclosure of Private Information and General Privacy Considerations |
| 022163 | Redacted | | | Addresses, Telephone Numbers, Date of Birth, SSN | Personal Private Information | Redacted pursuant to 725 ILCS 120/4 for Crime Victims and 815 ILCS 530 Disclosure of Private Information and General Privacy Considerations |
| 022171 | Redacted | | | Addresses, Telephone Numbers, Date of Birth, SSN | Personal Private Information | Redacted pursuant to 725 ILCS 120/4 for Crime Victims and 815 ILCS 530 Disclosure of Private Information and General Privacy Considerations |
| 022197 | Redacted | | | Addresses, Telephone Numbers, Date of Birth, SSN | Personal Private Information | Redacted pursuant to 725 ILCS 120/4 for Crime Victims and 815 ILCS 530 Disclosure of Private Information and General Privacy Considerations |
| 022203 | Redacted | | | Addresses, Telephone Numbers, Date of Birth, SSN | Personal Private Information | Redacted pursuant to 725 ILCS 120/4 for Crime Victims and 815 ILCS 530 Disclosure of Private Information and General Privacy Considerations |
| 022229 | Redacted | | | Addresses, Telephone Numbers, Date of Birth, SSN | Personal Private Information | Redacted pursuant to 725 ILCS 120/4 for Crime Victims and 815 ILCS 530 Disclosure of Private Information and General Privacy Considerations |
| 022230 | Redacted | | | Addresses, Telephone Numbers, Date of Birth, SSN | Personal Private Information | Redacted pursuant to 725 ILCS 120/4 for Crime Victims and 815 ILCS 530 Disclosure of Private Information and General Privacy Considerations |
| 022239 | Redacted | | | Addresses, Telephone Numbers, Date of Birth, SSN | Personal Private Information | Redacted pursuant to 725 ILCS 120/4 for Crime Victims and 815 ILCS 530 Disclosure of Private Information and General Privacy Considerations |
| 022259 | Redacted | | | Addresses, Telephone Numbers, Date of Birth, SSN | Personal Private Information | Redacted pursuant to 725 ILCS 120/4 for Crime Victims and 815 ILCS 530 Disclosure of Private Information and General Privacy Considerations |
| 022294 | Redacted | | | Addresses, Telephone Numbers, Date of Birth, SSN | Personal Private Information | Redacted pursuant to 725 ILCS 120/4 for Crime Victims and 815 ILCS 530 Disclosure of Private Information and General Privacy Considerations |
| 022295 | Redacted | | | Addresses, Telephone Numbers, Date of Birth, SSN | Personal Private Information | Redacted pursuant to 725 ILCS 120/4 for Crime Victims and 815 ILCS 530 Disclosure of Private Information and General Privacy Considerations |



**Smith v. City of Chicago**

**Cook County State's Attorney's Office Privilege Log**

| Bates Number | Redacted/Withheld | Date | To/From | Title, Subject, or Description | Privileges/Exemptions | Basis |
|---|---|---|---|---|---|---|
| 022302 | Redacted | | | Addresses, Telephone Numbers, Date of Birth, SSN | Personal Private Information | Redacted pursuant to 725 ILCS 120/4 for Crime Victims and 815 ILCS 530 Disclosure of Private Information and General Privacy Considerations |
| 022342 | Redacted | | | Addresses, Telephone Numbers, Date of Birth, SSN | Personal Private Information | Redacted pursuant to 725 ILCS 120/4 for Crime Victims and 815 ILCS 530 Disclosure of Private Information and General Privacy Considerations |
| 022344 | Redacted | | | Addresses, Telephone Numbers, Date of Birth, SSN | Personal Private Information | Redacted pursuant to 725 ILCS 120/4 for Crime Victims and 815 ILCS 530 Disclosure of Private Information and General Privacy Considerations |
| 022354 | Redacted | | | Addresses, Telephone Numbers, Date of Birth, SSN | Personal Private Information | Redacted pursuant to 725 ILCS 120/4 for Crime Victims and 815 ILCS 530 Disclosure of Private Information and General Privacy Considerations |
| 022356 | Redacted | | | Addresses, Telephone Numbers, Date of Birth, SSN | Personal Private Information | Redacted pursuant to 725 ILCS 120/4 for Crime Victims and 815 ILCS 530 Disclosure of Private Information and General Privacy Considerations |
| 022363 | Redacted | | | Addresses, Telephone Numbers, Date of Birth, SSN | Personal Private Information | Redacted pursuant to 725 ILCS 120/4 for Crime Victims and 815 ILCS 530 Disclosure of Private Information and General Privacy Considerations |
| 022391 | Redacted | | | Addresses, Telephone Numbers, Date of Birth, SSN | Personal Private Information | Redacted pursuant to 725 ILCS 120/4 for Crime Victims and 815 ILCS 530 Disclosure of Private Information and General Privacy Considerations |
| 022392 | Redacted | | | Addresses, Telephone Numbers, Date of Birth, SSN | Personal Private Information | Redacted pursuant to 725 ILCS 120/4 for Crime Victims and 815 ILCS 530 Disclosure of Private Information and General Privacy Considerations |
| 022427 | Redacted | | | Addresses, Telephone Numbers, Date of Birth, SSN | Personal Private Information | Redacted pursuant to 725 ILCS 120/4 for Crime Victims and 815 ILCS 530 Disclosure of Private Information and General Privacy Considerations |
| 022438 | Redacted | | | Addresses, Telephone Numbers, Date of Birth, SSN | Personal Private Information | Redacted pursuant to 725 ILCS 120/4 for Crime Victims and 815 ILCS 530 Disclosure of Private Information and General Privacy Considerations |
| 022446 | Redacted | | | Addresses, Telephone Numbers, Date of Birth, SSN | Personal Private Information | Redacted pursuant to 725 ILCS 120/4 for Crime Victims and 815 ILCS 530 Disclosure of Private Information and General Privacy Considerations |
| 022472 | Redacted | | | Addresses, Telephone Numbers, Date of Birth, SSN | Personal Private Information | Redacted pursuant to 725 ILCS 120/4 for Crime Victims and 815 ILCS 530 Disclosure of Private Information and General Privacy Considerations |
| 022478 | Redacted | | | Addresses, Telephone Numbers, Date of Birth, SSN | Personal Private Information | Redacted pursuant to 725 ILCS 120/4 for Crime Victims and 815 ILCS 530 Disclosure of Private Information and General Privacy Considerations |
| 022485 | Redacted | | | Addresses, Telephone Numbers, Date of Birth, SSN | Personal Private Information | Redacted pursuant to 725 ILCS 120/4 for Crime Victims and 815 ILCS 530 Disclosure of Private Information and General Privacy Considerations |
| 022505 | Redacted | | | Addresses, Telephone Numbers, Date of Birth, SSN | Personal Private Information | Redacted pursuant to 725 ILCS 120/4 for Crime Victims and 815 ILCS 530 Disclosure of Private Information and General Privacy Considerations |
| 022514 | Redacted | | | Addresses, Telephone Numbers, Date of Birth, SSN | Personal Private Information | Redacted pursuant to 725 ILCS 120/4 for Crime Victims and 815 ILCS 530 Disclosure of Private Information and General Privacy Considerations |
| 022534 | Redacted | | | Addresses, Telephone Numbers, Date of Birth, SSN | Personal Private Information | Redacted pursuant to 725 ILCS 120/4 for Crime Victims and 815 ILCS 530 Disclosure of Private Information and General Privacy Considerations |
| 022569 | Redacted | | | Addresses, Telephone Numbers, Date of Birth, SSN | Personal Private Information | Redacted pursuant to 725 ILCS 120/4 for Crime Victims and 815 ILCS 530 Disclosure of Private Information and General Privacy Considerations |
| 022570 | Redacted | | | Addresses, Telephone Numbers, Date of Birth, SSN | Personal Private Information | Redacted pursuant to 725 ILCS 120/4 for Crime Victims and 815 ILCS 530 Disclosure of Private Information and General Privacy Considerations |
| 022861-022862 | Redacted | | | Addresses, Telephone Numbers, Date of Birth, SSN | Personal Private Information | Redacted pursuant to 725 ILCS 120/4 for Crime Victims and 815 ILCS 530 Disclosure of Private Information and General Privacy Considerations |
| 022889 | Redacted | | | Handwritten Notes and thoughts on affidavit | ASA Work Product | Redacted pursuant to Attorney Work Product & Deliberative Process |
| 022928 | Redacted | | | Addresses, Telephone Numbers, Date of Birth, SSN | Personal Private Information | Redacted pursuant to 725 ILCS 120/4 for Crime Victims and 815 ILCS 530 Disclosure of Private Information and General Privacy Considerations |
| 022930 | Redacted | | | Addresses, Telephone Numbers, Date of Birth, SSN | Personal Private Information | Redacted pursuant to 725 ILCS 120/4 for Crime Victims and 815 ILCS 530 Disclosure of Private Information and General Privacy Considerations |
| 022940 | Redacted | | | Addresses, Telephone Numbers, Date of Birth, SSN | Personal Private Information | Redacted pursuant to 725 ILCS 120/4 for Crime Victims and 815 ILCS 530 Disclosure of Private Information and General Privacy Considerations |



Smith v. City of Chicago

Cook County State's Attorney's Office Privilege Log

| Bates Number | Redacted/Withheld | Date | To/From | Title, Subject, or Description | Privileges/Exemptions | Basis |
|---|---|---|---|---|---|---|
| 022944 | Redacted | | | Addresses, Telephone Numbers, Date of Birth, SSN | Personal Private Information | Redacted pursuant to 725 ILCS 120/4 for Crime Victims and 815 ILCS 530 Disclosure of Private Information and General Privacy Considerations |
| 022946 | Redacted | | | Addresses, Telephone Numbers, Date of Birth, SSN | Personal Private Information | Redacted pursuant to 725 ILCS 120/4 for Crime Victims and 815 ILCS 530 Disclosure of Private Information and General Privacy Considerations |
| 022953 | Redacted | | | Addresses, Telephone Numbers, Date of Birth, SSN | Personal Private Information | Redacted pursuant to 725 ILCS 120/4 for Crime Victims and 815 ILCS 530 Disclosure of Private Information and General Privacy Considerations |
| 022981-022982 | Redacted | | | Addresses, Telephone Numbers, Date of Birth, SSN | Personal Private Information | Redacted pursuant to 725 ILCS 120/4 for Crime Victims and 815 ILCS 530 Disclosure of Private Information and General Privacy Considerations |
| 023017 | Redacted | | | Addresses, Telephone Numbers, Date of Birth, SSN | Personal Private Information | Redacted pursuant to 725 ILCS 120/4 for Crime Victims and 815 ILCS 530 Disclosure of Private Information and General Privacy Considerations |
| 023036 | Redacted | | | Addresses, Telephone Numbers, Date of Birth, SSN | Personal Private Information | Redacted pursuant to 725 ILCS 120/4 for Crime Victims and 815 ILCS 530 Disclosure of Private Information and General Privacy Considerations |
| 023055 | Redacted | | | Addresses, Telephone Numbers, Date of Birth, SSN | Personal Private Information | Redacted pursuant to 725 ILCS 120/4 for Crime Victims and 815 ILCS 530 Disclosure of Private Information and General Privacy Considerations |
| 023056 | Redacted | | | Addresses, Telephone Numbers, Date of Birth, SSN | Personal Private Information | Redacted pursuant to 725 ILCS 120/4 for Crime Victims and 815 ILCS 530 Disclosure of Private Information and General Privacy Considerations |
| 023157-023159 | Redacted | | | Addresses, Telephone Numbers, Date of Birth, SSN | Personal Private Information | Redacted pursuant to 725 ILCS 120/4 for Crime Victims and 815 ILCS 530 Disclosure of Private Information and General Privacy Considerations |
| 023189 | Redacted | | | Addresses, Telephone Numbers, Date of Birth, SSN | Personal Private Information | Redacted pursuant to 725 ILCS 120/4 for Crime Victims and 815 ILCS 530 Disclosure of Private Information and General Privacy Considerations |
| 023326 | Redacted | | | Addresses, Telephone Numbers, Date of Birth, SSN | Personal Private Information | Redacted pursuant to 725 ILCS 120/4 for Crime Victims and 815 ILCS 530 Disclosure of Private Information and General Privacy Considerations |
| 023353 | Redacted | | | Addresses, Telephone Numbers, Date of Birth, SSN | Personal Private Information | Redacted pursuant to 725 ILCS 120/4 for Crime Victims and 815 ILCS 530 Disclosure of Private Information and General Privacy Considerations |
| 023354-023355 | Redacted | | | Addresses, Telephone Numbers, Date of Birth, SSN | Personal Private Information | Redacted pursuant to 725 ILCS 120/4 for Crime Victims and 815 ILCS 530 Disclosure of Private Information and General Privacy Considerations |
| 023356 | Redacted | | | Addresses, Telephone Numbers, Date of Birth, SSN | Personal Private Information | Redacted pursuant to 725 ILCS 120/4 for Crime Victims and 815 ILCS 530 Disclosure of Private Information and General Privacy Considerations |
| 023361 | Redacted | | | Addresses, Telephone Numbers, Date of Birth, SSN | Personal Private Information | Redacted pursuant to 725 ILCS 120/4 for Crime Victims and 815 ILCS 530 Disclosure of Private Information and General Privacy Considerations |
| 023390 | Redacted | | | Addresses, Telephone Numbers, Date of Birth, SSN | Personal Private Information | Redacted pursuant to 725 ILCS 120/4 for Crime Victims and 815 ILCS 530 Disclosure of Private Information and General Privacy Considerations |
| 023406 | Redacted | | | Addresses, Telephone Numbers, Date of Birth, SSN | Personal Private Information | Redacted pursuant to 725 ILCS 120/4 for Crime Victims and 815 ILCS 530 Disclosure of Private Information and General Privacy Considerations |
| 023409 | Redacted | | | Addresses, Telephone Numbers, Date of Birth, SSN | Personal Private Information | Redacted pursuant to 725 ILCS 120/4 for Crime Victims and 815 ILCS 530 Disclosure of Private Information and General Privacy Considerations |
| 023448-023449 | Redacted | | | Addresses, Telephone Numbers, Date of Birth, SSN | Personal Private Information | Redacted pursuant to 725 ILCS 120/4 for Crime Victims and 815 ILCS 530 Disclosure of Private Information and General Privacy Considerations |
| 023535 | Redacted | | | Addresses, Telephone Numbers, Date of Birth, SSN | Personal Private Information | Redacted pursuant to 725 ILCS 120/4 for Crime Victims and 815 ILCS 530 Disclosure of Private Information and General Privacy Considerations |
| 023539 | Redacted | | | Addresses, Telephone Numbers, Date of Birth, SSN | Personal Private Information | Redacted pursuant to 725 ILCS 120/4 for Crime Victims and 815 ILCS 530 Disclosure of Private Information and General Privacy Considerations |
| 023568 | Redacted | | | Addresses, Telephone Numbers, Date of Birth, SSN | Personal Private Information | Redacted pursuant to 725 ILCS 120/4 for Crime Victims and 815 ILCS 530 Disclosure of Private Information and General Privacy Considerations |
| 023733 | Redacted | | | Addresses, Telephone Numbers, Date of Birth, SSN | Personal Private Information | Redacted pursuant to 725 ILCS 120/4 for Crime Victims and 815 ILCS 530 Disclosure of Private Information and General Privacy Considerations |
| 023804 | Redacted | | | Addresses, Telephone Numbers, Date of Birth, SSN | Personal Private Information | Redacted pursuant to 725 ILCS 120/4 for Crime Victims and 815 ILCS 530 Disclosure of Private Information and General Privacy Considerations |



**Smith v. City of Chicago**

**Cook County State's Attorney's Office Privilege Log**

| Bates Number | Redacted/Withheld | Date | To/From | Title, Subject, or Description | Privileges/Exemptions | Basis |
|---|---|---|---|---|---|---|
| 023805 | Redacted | | | Addresses, Telephone Numbers, Date of Birth, SSN | Personal Private Information | Redacted pursuant to 725 ILCS 120/4 for Crime Victims and 815 ILCS 530 Disclosure of Private Information and General Privacy Considerations |
| 023918 | Redacted | | | Addresses, Telephone Numbers, Date of Birth, SSN | Personal Private Information | Redacted pursuant to 725 ILCS 120/4 for Crime Victims and 815 ILCS 530 Disclosure of Private Information and General Privacy Considerations |
| 024028 | Redacted | | | Addresses, Telephone Numbers, Date of Birth, SSN | Personal Private Information | Redacted pursuant to 725 ILCS 120/4 for Crime Victims and 815 ILCS 530 Disclosure of Private Information and General Privacy Considerations |
| 024041 | Redacted | | | Addresses, Telephone Numbers, Date of Birth, SSN | Personal Private Information | Redacted pursuant to 725 ILCS 120/4 for Crime Victims and 815 ILCS 530 Disclosure of Private Information and General Privacy Considerations |
| 024272 | Redacted | | | Addresses, Telephone Numbers, Date of Birth, SSN | Personal Private Information | Redacted pursuant to 725 ILCS 120/4 for Crime Victims and 815 ILCS 530 Disclosure of Private Information and General Privacy Considerations |
| 024273 | Redacted | | | Addresses, Telephone Numbers, Date of Birth, SSN | Personal Private Information | Redacted pursuant to 725 ILCS 120/4 for Crime Victims and 815 ILCS 530 Disclosure of Private Information and General Privacy Considerations |