IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Eruby Abrego, | ) |
| | ) |
| Plaintiff, | ) Case No: 23 CV 1740 |
| | ) |
| v. | ) |
| | ) |
| Reynaldo Guevara et al., | ) |
| | ) |
| Defendant. | ) |

**AMENDED PRIVILEGE LOG (LEADS INFORMATION AND PROBATION RECORDS**

List of people that we have redacted their Probation and LEADS records are as follows:

1. Eruby Abrego
2. Kevin Crummel
3. Antonio Vasquez
4. Santiago Nicascio
5. Julio Lugo
6. Fredico Marerro
7. Jason Rodriquez
8. Juan Parra
9. Darryl Hawkins
10. David Toles
11. William Lacy
12. William Lacy
13. Sierra Thomas
14. Leon Bullock, AKA Darnell Bullock.