**Exhibit A**

Case: 1:23-cv-01740 Document #: 242-1 Filed: 08/27/25 Page 1 of 2 PageID #:3274



Renee Spence <spence@loevy.com>

## Abrego - Defendants' Outstanding Discovery

**Elizabeth R. Fleming** <efleming@jsotoslaw.com>  Thu, Jul 24, 2025 at 10:45 AM
To: Renee Spence <spence@loevy.com>, Andrew Grill <agrill@rfclaw.com>, Austin Rahe <arahe@rfclaw.com>, "Catherine M. Barber" <cbarber@rfclaw.com>, "Eileen E. Rosen" <erosen@rfclaw.com>, Jessica Zehner <jzehner@rfclaw.com>, "lferrise@rfclaw.com" <lferrise@rfclaw.com>, "Theresa B. Carney" <tcarney@rfclaw.com>, "sscardamaglia@rfclaw.com" <sscardamaglia@rfclaw.com>, Kara Hutson <khutson@rfclaw.com>, Jim Sotos <JSotos@jsotoslaw.com>, "Josh M. Engquist" <JEngquist@jsotoslaw.com>, "Joseph M. Polick" <JPolick@jsotoslaw.com>, "Thomas J. Sotos" <TSotos@jsotoslaw.com>, "Kyle T. Christie" <KChristie@jsotoslaw.com>, "Mark F. Smolens" <MSmolens@jsotoslaw.com>, Katelyn Salek <ksalek@jsotoslaw.com>, "Lauren E. Muhr" <LMuhr@jsotoslaw.com>, "Rachael L. Hess" <rhess@jsotoslaw.com>, Tonet Ballard <TBallard@jsotoslaw.com>, Valerie Stubbe <VStubbe@jsotoslaw.com>, "gmiller@borkanscahill.com" <gmiller@borkanscahill.com>, "mitchhaporia@borkanscahill.com" <mitchhaporia@borkanscahill.com>, "mboekeloo@borkanscahill.com" <mboekeloo@borkanscahill.com>, "sborkan@borkanscahill.com" <sborkan@borkanscahill.com>, "tscahill@borkanscahill.com" <tscahill@borkanscahill.com>, "whutchinson@borkanscahill.com" <whutchinson@borkanscahill.com>, Andrea Checkai <acheckai@borkanscahill.com>, Drew wycoff <dwycoff@borkanscahill.com>, "kwilkie@borkanscahill.com" <kwilkie@borkanscahill.com>, "eschnidt@borkanscahill.com" <eschnidt@borkanscahill.com>, "elena@borkanscahill.com" <elena@borkanscahill.com>, Liana Favela <kmercado@borkanscahill.com>, Wendy Chasteen <wendy@borkanscahill.com>, Kellie Voss <kellie@kmlltdlaw.com>, "cmurray@borkanscahill.com" <cmurray@borkanscahill.com>, "ashley@bonjeanlaw.com" <ashley@bonjeanlaw.com>, "jennifer@bonjeanlaw.com" <jennifer@bonjeanlaw.com>, "gabriella@bonjeanlaw.com" <gabriella@bonjeanlaw.com>, Sophia Moazed <sophia@bonjeanlaw.com>, "josh@bonjeanlaw.com" <josh@bonjeanlaw.com>
Cc: "steve@loevy.com" <steve@loevy.com>, "anand@loevy.com" <anand@loevy.com>, Justin Hill <hill@loevy.com>, Madison Irene <irene@loevy.com>, Ixsel Zavala <zavala@loevy.com>, "motter@loevy.com" <motter@loevy.com>, Trinity Bias <bias@loevy.com>

**CONFIDENTIALITY NOTICE:** This email is intended only for the recipient and may contain confidential information. If you are not the intended recipient, please delete this message.
**[The Sotos Law Firm, P.C.]**

Spence,

I am waiting on attestations for the interrogatories. I likely won't have all them today, but will do my best to get them to you before Monday. I will follow up with dates for Wojcik.

Thanks

**From:** Renee Spence <spence@loevy.com>
**Sent:** Thursday, July 24, 2025 9:38:18 AM
**To:** Andrew Grill <agrill@rfclaw.com>; Austin Rahe <arahe@rfclaw.com>; Catherine M. Barber <cbarber@rfclaw.com>; Eileen E. Rosen <erosen@rfclaw.com>; Jessica Zehner <jzehner@rfclaw.com>; lferrise@rfclaw.com <lferrise@rfclaw.com>; Theresa B. Carney <tcarney@rfclaw.com>; sscardamaglia@rfclaw.com <sscardamaglia@rfclaw.com>; Kara Hutson <khutson@rfclaw.com>; Jim Sotos <JSotos@jsotoslaw.com>; Josh M. Engquist <JEngquist@jsotoslaw.com>; Joseph M. Polick <JPolick@jsotoslaw.com>; Elizabeth R. Fleming <efleming@jsotoslaw.com>; Thomas J. Sotos <TSotos@jsotoslaw.com>; Kyle T. Christie <KChristie@jsotoslaw.com>; Mark F. Smolens <MSmolens@jsotoslaw.com>; Katelyn Salek <ksalek@jsotoslaw.com>; Lauren E. Muhr <LMuhr@jsotoslaw.com>; Rachael L. Hess <rhess@jsotoslaw.com>; Tonet Ballard <TBallard@jsotoslaw.com>; Valerie Stubbe <VStubbe@jsotoslaw.com>; gmiller@borkanscahill.com <gmiller@borkanscahill.com>; mitchhaporia@borkanscahill.com <mitchhaporia@borkanscahill.com>; mboekeloo@borkanscahill.com <mboekeloo@borkanscahill.com>; sborkan@borkanscahill.com <sborkan@borkanscahill.com>; tscahill@borkanscahill.com <tscahill@borkanscahill.com>; whutchinson@borkanscahill.com <whutchinson@borkanscahill.com>; Andrea Checkai <acheckai@borkanscahill.com>; Drew wycoff

<dwycoff@borkanscahill.com>; kwilkie@borkanscahill.com <kwilkie@borkanscahill.com>; eschnidt@borkanscahill.com <eschnidt@borkanscahill.com>; elena@borkanscahill.com <elena@borkanscahill.com>; Liana Favela <kmercado@borkanscahill.com>; Wendy Chasteen <wendy@borkanscahill.com>; Kellie Voss <kellie@kmlltdlaw.com>; cmurray@borkanscahill.com <cmurray@borkanscahill.com>; ashley@bonjeanlaw.com <ashley@bonjeanlaw.com>; jennifer@bonjeanlaw.com <jennifer@bonjeanlaw.com>; gabriella@bonjeanlaw.com <gabriella@bonjeanlaw.com>; Sophia Moazed <sophia@bonjeanlaw.com>; josh@bonjeanlaw.com <josh@bonjeanlaw.com>
**Cc:** steve@loevy.com <steve@loevy.com>; anand@loevy.com <anand@loevy.com>; Justin Hill <hill@loevy.com>; Madison Irene <irene@loevy.com>; Ixsel Zavala <zavala@loevy.com>; motter@loevy.com <motter@loevy.com>; Trinity Bias <bias@loevy.com>
**Subject:** Re: Abrego - Defendants' Outstanding Discovery

**CAUTION:** External Sender. Please do not click on links or open attachments from senders you do not trust.

[Quoted text hidden]