# Exhibit M

STATE OF FLORIDA
COUNTY OF ORANGE

### AFFIDAVIT OF JULIO LUGO

I, Julio Lugo, under oath and penalty of perjury, state as follows:

1. I am the Julio Lugo that testified against Eruby Abrego.

2. I now live in Florida.

3. On March 22, 1999, I was with Isidro Quinones on Monticello Avenue in Chicago talking with Jose Garcia and Fred Marrero. I was kind of intoxicated. I had some beers.

4. While we were talking, somebody shot me. One of the men I was talking to, Jose Garcia, was also shot. He died.

5. The shooter was wearing a hoodie. I did not get a clear view of him. I did not recognize him.

6. I really don't know who did it.

7. The police came and said "this guy did it."

8. I just went by what the police said: "we got the guy, it's this guy."

9. To be honest, I don't give a fuck who did it. They're all in the same gang and they all know something about who did it.

10. Whoever really did it, I believe God will punish them.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Julio Lugo

Jennifer Nepstad
Commission # FF970250
Expires: March 10, 2020
Bonded thru Aaron Notary

_Jennifer Nepstad_

Subscribed and sworn before me on this 6th day of November, 2017.

Abrego 001317