Identify and describe all property or possible evidence recovered at the end of the Narrative in column form. Show exactly where found, when found, who found it and it's description (include Property Inventory numbers). If property was scribed for Operation Identification, indicate I.D. number at end of Narrative. Offender's approximate description, if possible, should include name if known, nickname, sex, race code, age, height, weight, color eyes and hair, complexion, scars, marks, etc. If suspect is arrested, give name, sex, race code, age, C.B. or I.R. number, if known, and state "In Custody." All descriptions and statements in this entire report are approximations or summarizations unless indicated otherwise.

## AREA 5 SUPPLEMENTARY REPORT
CHICAGO POLICE-FOR USE BY B.I.S. PERSONNEL ONLY

**D-166198**

| Offense Classification / Last Report | IUCR Code | Offense Reclassification / DNA | | | Revised IUCR |
|---|---|---|---|---|---|
| Homicide/1st Degree Murder | 0110 | DNA | | | |

| Address of Occurrence | Type of Location | Location Code | Date of Occurrence | Time of Occurrence | Beat of Occ | Beat Assigned |
|---|---|---|---|---|---|---|
| 3159 N. Monticello | Street | 304 | 22 MAR 99 | 1745 | 2523 | 5511 |

| Victims | Victim's Name | Relation | Method Code | Method Assigned | Unit | Safe Method | If Residence / Where Occupants |
|---|---|---|---|---|---|---|---|
| 1 | GARCIA, Jose | | | FIELD | 650 | DNA | DNA |

| Offenders | Offender's Name | Relation | Num Arrested | Arrest Unit | Adults | Juveniles | Fire Related | Gang Related |
|---|---|---|---|---|---|---|---|---|
| 4 | | | 0 | | 0 | 0 | No | Yes |

**Update Information**  *See Narrative For Updated Information

| Victim Verified [X] | Offender Verified [ ] | Property Verified [ ] | Circumstances Verified [ ] |
| Victim Update [ ] | Offender Updated [ ] | Property Updated [ ] | Circumstances Updated [ ] |

**STATUS**  **HOW CLEARED**

0 - Prog [X]  1 - Sus [ ]  2 - Unf [ ]  3 - C/C [ ]  4 - C/O [ ]  5 - C/C/X [ ]  6 - C/O/X [ ]  7 - C/N/C [ ]  1 - Arrest [ ]  2 - Juv-Ct [ ]  3 - Ref Pros [ ]  4 - Comm Adj [ ]  5 - Other Ex [ ]

---

THIS IS AN AREA 5 FIELD INVESTIGATION 0-PROGRESS LINEUP REPORT

DATE, TIME, LOC. OF LINEUP: 25 MAR 99, 2045 hrs., Area 5 Detective Facility

PERSONS CONDUCTING LINEUP: Det. R. Schalk #20718, Area 5
Det. J. Bogucki #20668, "
Det. E. Halvorsen #20692

PERSONS VIEWING LINEUP: LUGO, Julio

PERSONS PARTICIPATING IN LINEUP:
#1: SANTIAGO, Nicasio   CB#14151395
#2: ANTUNA, Albert        14150789
#3: PARRA, Juan           14150348
#4: CAIN, Jeramiah        14150332
#5: ABREGO, Eruby         14151407
#6: MARTINEZ, Angelo      14150910
#7: GUZMAN, Norberto      14150623
#8: GARCIA, Jose          14150901

INVESTIGATION: The participants of the line-up were allowed to choose their positions. Each participant was required to step forward and make certain turning motions. Julio LUGO viewed the line-up but was unable to make any identification.

| 90. EXTRA COPIES REQ'D | 91. DATE SUBMITTED | TIME | 92. SUPERVISOR APPRV-STAR |
|---|---|---|---|
| | 31 Mar 99 | 0021 | |
| 93. REPORTING OFFICER--PRINT  STAR | 94. REPORTING OFFICER  STAR | | SIGNATURE |
| Det. R. Schalk   20718 | Det. J. Bogucki   20668 | | |
| SIGNATURE | SIGNATURE | | DATE APPROVED----TIME |

CPD-11.411/C-B(Rev 3/97) COMPUTER GENERATED          SIGNATURES IN BLUE INK

D-166198