# Exhibit O



1  STATE OF ILLINOIS )
                     )  ss
2  COUNTY OF C O O K )

**FILED**
NOV 03 2005
**DOROTHY BROWN**
CLERK OF CIRCUIT COURT

3        IN THE CIRCUIT COURT OF COOK COUNTY
         COUNTY DEPARTMENT - CRIMINAL DIVISION
4
   THE PEOPLE OF THE      )
5  STATE OF ILLINOIS       )
                           )   Case No. 99 CR 9739
6     vs.                  )   Charge:   MURDER
                           )
7  ERUBY ABREGO            )

8              REPORT OF PROCEEDINGS

9        BE IT REMEMBERED that on the 17th day of

10  September, 2004, this cause came on for hearing

11  before the Honorable KENNETH J. WADAS, Judge of

12  said Court, upon the indictment herein, the

13  defendant having entered a plea of not guilty.

14       APPEARANCES:
           HON. RICHARD DEVINE,
15         State's Attorney of Cook County, by
           MR. RAY REGNER,
16         MR. MICHAEL HOOD,
           Assistant State's Attorneys,
17         Appeared on behalf of the People;

18         MR. JASON EPSTEIN,,
           appeared on behalf of the Defendant.
19

20

21

22

   Kenneth Madoch
23  Official Court Reporter
    Circuit Court of Cook County
24  County Department-Criminal Division

A-1

Abrego 016194

```
 1           I N D E X

 2

 3    P.V. ERUBY ABREGO

 4    9-17-04

 5    A-1 to A-191

 6

 7    WITNESS              DX    CX    RDX   RCX

 8    FEDERICO MARRERO     10    23    36

 9    JULIO LUGO           35    48    62    62

10    ANTONIO VASEUEZ      65    78    81

11    DANIEL GRZEMSKI      86    104   111

12    VICTOR RIVERA        112   116

13    JACK MACKIE          126   142

14    JULIE WESSEL         145   151

15    NANCY JONES          159   178   179   182

16

17

18

19

20

21

22

23

24
```

A-2

Abrego 016195

```
1          MR. HOOD: Probably about the same, Judge.

2          THE COURT:  Call the next witness.

3              Right up here, sir.  Raise your

4     right hand to be sworn.

5                   (Witness sworn.)

6          THE COURT:  Have a seat, keep your voice

7     up.

8                   JULIO LUGO

9     called as a witness on behalf of the People of

10    the State of Illinois, having been first duly

11    sworn, was examined and testified as follows:

12                  DIRECT EXAMINATION

13                       BY

14                  MR. HOOD:

15    Q  Can you introduce yourself to the jury

16    please?

17    A  Julio Logo.

18    Q  Can you spell your last name?

19    A  L-u-g-o.

20    Q  How old are you, Lugo?

21    A  25.

22    Q  Where you do you work?

23    A  Excuse me?

24    Q  Where do you work?
```

A-35

1      A   At a painting factory.

2      Q   How long have you been working there?

3      A   A couple of months.

4      Q   Is that because you just got out of

5   prison?

6      A   Right.

7      Q   On parole right now?

8      A   Yes.

9      Q   And as a matter of fact, you're on

10   parole for the aggravated battery of a peace

11   officer, correct?

12      A   Right.

13      Q   And on that charge, you were given

14   2 years in the Department of Corrections?

15      A   Yes.

16      Q   Prior to that you were given 2 years in

17   the Department of Corrections on a possession of

18   a controlled substance with intent case?

19      A   Yes.

20      Q   And that would be in 2003?

21      A   Yes.

22      Q   You have a third conviction, possession

23   of a controlled substance where you were given

24   probation of 24 months and that terminated

A-36

Abrego 016229

1    satisfactorily?

2        A  Correct.

3        Q  Have you ever been in a street gang?

4        A  Yes.

5        Q  Which one?

6        A  Latin Kings.

7        Q  Are you a member of the Latin Kings as

8    you sit here today?

9        A  No.

10        Q  I want to direct your attention to

11    March 26, 1999, were you going to the area of

12    Belmont -- March 22, 1999, what did I say?  I'm

13    sorry if I said 26th.  March 22, 1999.  Were you

14    in the area of Belmont and Monticello that day?

15        A  Correct.

16        Q  At about 5:30 were you in car?

17        A  Yes.

18        Q  Who was in the car with you?

19        A  Fred and Isidro.

20        Q  Who was sitting where?

21        A  I was sitting in the passenger side,

22    Fred was driving and Isidro was in the back.

23        Q  What kind of car was it?

24        A  I don't know, Parisian.

A-37

1      Q  What color was it?

2      A  A gold.

3      Q  Where were you going?

4      A  To the grocery store.

5      Q  Which grocery store?

6      A  Flamingo, on Belmont and Monticello.

7      Q  Is that on the northeast corner?

8      A  Yes.

9      Q  While on the way to that location to

10  the Flamingo, did anything unusual happen?

11     A  We got bottled.

12     Q  Tell the jury what you mean when you

13  say you got bottled?

14     A  Some guy from the back seat of a gold

15  Chevy threw a bottle at us.

16     Q  Okay.  How many people do you think

17  were in that gold Chevy?

18     A  About 4 or 5.

19  MR. HOOD:: May I approach?

20  THE COURT:  Sure.

21  MR. HOOD:

22     Q  Showing you People's Exhibit Number 24

23  for identification.  Do you recognize that, Mr.

24  Lugo?

A-38

```
1          A   Yes.

2          Q   What do you recognize that to be?

3          A   The car that the guys were in.

4          Q   Does this fairly and accurately

5   represent the way the car looked when you saw

6   it?

7          A   Yes.

8          Q   Were the people in that car that I just

9   showed you, were they in a gang?

10         A   Yes.

11         Q   What gang?

12         A   O A.

13         Q   How did know they were O A?

14         A   Now I know.  I didn't know at the time.

15         Q   Did they throw any gang signs at you?

16         A   No.  They were -- they threw down a

17  Latin King.

18         Q   When you say threw down the Latin King,

19  what do you mean by that?

20         A   Throwing down the gang sign of the

21  Latin Kings.

22         Q   Okay.  Throwing down, what does that

23  mean?

24         A   Disrespect.
```

A-39

Abrego 016232

1      Q  And throwing down is the crown upside

2  down as opposed to right side up?

3      A  Right.

4      Q  Is that how you knew these guys were in

5  some sort of rival gang, throwing the crown

6  down?

7      A  Right.

8      Q  Did somebody actually throw a bottle at

9  the car?

10      A  Yes.

11      Q  And after the bottle was thrown, what

12  happened?

13      A  We just left it alone and proceeded to

14  the grocery store.

15      Q  What did that car do?

16      A  It kept going.  It proceeded.

17      Q  Where did you go then, to the grocery

18  store?

19      A  Yeah.

20      Q  When you got toward the grocery store

21  did you get out of the car?

22      A  Yes.

23      Q  Did anybody get out of the car with

24  you?

A-40

```
1         A   Isidro.

2         Q   What did Fred do?

3         A   He proceeded to look for parking.

4         Q   When you and Isidro got out of the car,

5    where did you go?

6         A   We crossed the street.

7         Q   Why?

8         A   Because I seen my wife's cousin Raymond

9    and Jose.

10        Q   Who is Jose?

11        A   My wife's uncle, the one who got

12   killed.

13        Q   Where were they when you saw them?

14        A   They were across the street going east

15   on Belmont.

16        Q   And when you saw them, what did their

17   car do?

18        A   They stopped, they had reversed into

19   Monticello and me and Isidro crossed the street.

20        Q   Where did they park their car?

21        A   On Monticello.

22        Q   Okay.

23        A   Facing north.

24        Q   Was it on the same side, south of
```

A-41

Abrego 016234

1    Belmont?

2         A   Yes.

3         Q   And it was on the east side of the

4    road?

5         A   Right.

6         Q   Was the car against the curb or the

7    middle of the street?

8         A   Against the curb.

9         Q   Did you walk toward their car?

10        A   Yes.

11        Q   Did Isidro walk with you?

12        A   Yes.

13        Q   Other than Ramon Torrez and Jose

14   Garcia, was anybody else in the car?

15        A   No.

16        Q   As you approached the car and began a

17   conversation, did anything happen?

18        A   I seen the guy walking toward me coming

19   from like the alley part.

20        Q   And what happened next?

21        A   And then wearing a brown hoodie, threw

22   the hood you over his head, said O.A.'s and

23   started shooting.

24        Q   And what does O.A.'s stand for?

A-42

Abrego 016235

1        A   Orchestra Albany or something like

2    that.

3        Q   Are the -- are the O.A.'s a street

4    gang?

5        A   Yes.

6        Q   Are they a street gang that the Latin

7    Kings get along with or don't get along with?

8        A   Don't get along with.

9        Q   Can you describe the person who said

10   O.A.'s?

11       A   Yeah, the dude right there.

12       THE COURT:  Pointing to the defendant.

13       MR. EPSTEIN: Objection, Judge, not

14   responsive.  Objection.

15       THE COURT:  Overruled.

16       MR. HOOD: Let the record reflect the in

17   Court identification.

18       Q   At the time that you saw him on the

19   street, could you describe him?

20       A   The time I seen him.  No.

21       Q   What did he do next?

22       A   Started shooting.

23       Q   Did you see where -- what -- how was he

24   holding the gun?

A-43

Abrego 016236

1     A   I don't -- I can't recall.  All I seen

2   was the gun fire and me getting hit.

3     Q   Where was he aiming?

4     A   He was aiming at us.  Me, Isidro and

5   the car.

6     Q   What did you do when he started

7   shooting?

8     A   I got hit, I almost fell to the ground.

9   I pushed my cousin Isidro down to the floor so

10   he wouldn't get hit and I just started running

11   across the street. I run across the street

12   looking for my cousin.

13     Q   When you say cousin, Isidro, right?

14     A   Correct.

15     Q   What did you see Ramon and Jose do?

16     A   They took off.

17     Q   Did anything happen to you?

18     A   No.  What do you mean.

19     Q   Did anything happen to you, Mr. Lugo?

20     MR. EPSTEIN: Objection, Judge, asked and

21   answered.

22     THE COURT: Overruled.

23     A   I got shot.

24     MR. HOOD:

A-44

Abrego 016237

1       Q   Where did you get shot?

2       A   In the arm.

3       Q   Where else?

4       A   In the buttocks.

5       MR. HOOD: Judge, I would ask permission to

6    come off the witness stand and show one of the

7    wounds on his body.

8       MR. EPSTEIN: Objection, Judge.

9       THE COURT:  Step down.

10      MR. EPSTEIN: Side bar as to that.

11      THE COURT:  Overruled.  Step down and show

12   your injuries.

13      MR. HOOD: Showing the front of his bicep,

14   the top part, there is a hole or a scar on the

15   front and if you look at the back, showing the

16   back, there is a hole in the back.  Walk down

17   the jury box and show them the front.     Thank

18   you, Mr. Lugo.

19      THE COURT:  Have a seat, Mr. Lugo.

20      MR. EPSTEIN: Judge, withdraw the

21   objection, I thought you were talking about the

22   other injury.

23      MR. HOOD: That's why I was very clear

24   about just one.

A-45

Abrego 016238

1      Q   After you were shot, what did you do?

2      A   Started running.

3      Q   Which direction?

4      A   Going north on Monticello.

5      Q   Who were you running with?

6      A   Isidro.

7      Q   Did you run into anybody?

8      A   My cousin Fred, he was, he picked me up

9   to the hospital.

10     Q   Which hospital did you go to?

11     A   The one on Addison and central.

12     Q   Did you have surgery?

13     A   Yes.

14     Q   How many days were you in the hospital,

15   approximately?

16     A   About 3 or 4.

17     Q   Were both the gunshot wounds to your

18   body through and through gunshot  wounds?

19     A   Yes.

20     Q   What I mean by that, no bullets in your

21   body, they went completely through?

22     A   Yes.

23     Q   I want to direct your attention to

24   after you got out of the hospital, to

A-46

1   approximately March 25, 1999, okay. How long

2   have you been out of the hospital when you went

3   to the police station, if you can recall?

4        A   I can't recall.

5        Q   Did you view a line up that day?

6        A   Yes.

7        Q   Were you able to identify anyone in

8   that line up?

9        A   No.

10       Q   Showing you --

11       MR. EPSTEIN: Can I see that?.

12       MR. HOOD:

13       Q   Showing you People's Exhibit Number 25

14   for identification, do you recognize that photo?

15       A   Yes.

16       Q   What do you recognize that to be?

17       A   That's where I got shot at.

18       Q   Does that photo fairly and accurately

19   represent what the lighting conditions were like

20   that night?

21       A   Yes.

22       MR. HOOD: Nothing else at this time.

23       THE COURT:  Cross.

24       MR. EPSTEIN: Just a second.

A-47

Abrego 016240

1          CROSS EXAMINATION

2                  BY

3          MR. EPSTEIN:

4      Q  Sir, when you viewed that line up, you

5  were unable to make an identification, did you

6  later learn that Eruby Abrego was in that line

7  up?

8      A  Yes.

9      Q  He was in the line up and you didn't

10 recognize him a day or 2 after the shooting,

11 right?

12     A  No.

13     Q  Sir, I'm going to go back a little bit.

14 The day, on March 22, 1999, the people you were

15 with, Mr. Torrez, he's your wife's cousin,

16 right?

17     A  Yes.

18     Q  And he knows your cousin, Isadore

19 Quinones, right?

20     A  Yes.

21     Q  He's seen him before and he knew who

22 the little boy was, the kid was, right?

23     A  Yes.

24     Q  Now, sir, you didn't see Mr. Torrez

A-48

Abrego 016241

1    until after you went into the Flamingo Market

2    and came out, right?

3         A  I never went in the store.

4         Q  Well, sir, you talked to the police

5    officers in this case about what had occurred,

6    right?

7         A  (No audible response.)

8         Q  You told them the truth, told them all

9    the facts you knew?

10        A  Yup.

11        Q  You talked to a Detective Guevara or

12   Detective Halvorsen, you told him you first saw

13   Mr. Torrez after you came out of the store,

14   isn't that right?

15        A  No.  I never said that.

16        Q  Never said that?

17        A  No.

18        Q  When you were talking to Mr. Torrez,

19   Mr. Garcia, you were standing on the driver's

20   side, right?

21        A  Yes.

22        Q  And were facing Mr. Torrez and Mr.

23   Garcia?

24        A  Yes.

A-49

Abrego 016242

1      Q  And that would be facing the street or

2  -- not the street, excuse me, the side of

3  Monticello, right?

4      A  Right.

5      Q  The car was parked to your left of the

6  Flamingo Market?

7      A  Right.

8      Q  And the red car was parked in front of

9  you and Mr. Torres and Garcia were seated

10  directly in front of you, right?

11      A  Right.

12      Q  When this person walked up, which way

13  did you look to view this person, did you look

14  to your right or to your left?

15      A  I looked to my right.

16      Q  And I don't know if you said this

17  today, but he said what's up?

18      A  Yes.

19      Q  And then he put the hood up?

20      A  Yes.

21      Q  You heard him loud and clear?

22      A  He said O A.

23      Q  First he said what's up?

24      A  Right.

Abrego 016243

1    Q   And then he put the hood up, you heard

2    him say loud and clear what's up?

3    A   Right.

4    Q   And then he said O A?

5    A   Right.

6    Q   You then pushed Mr. Quinones to the

7    side and you conveniently went running?

8    A   Uh-hum.

9    Q   From the time you first saw the person

10   and he said what's up to the time you were

11   running, how long the that take?

12   A   Like 1 minute.

13   Q   60 seconds.

14   A   Right.

15   Q   Okay.  I'm going to --.

16   A   Maybe less, it happened so quick.

17   Q   Let's do this. I'm going to pick a

18   point on the clock and if your Honor would

19   review with me, as soon as it hits start I'll

20   start counting and you tell me how long it took.

21   THE COURT:  From when?  From when to when?

22   MR. EPSTEIN: Well, from the time the

23   second hand hits the particular number.

24   THE COURT:  No.  No.  No.  What incident

A-51

1    are we talking about?  From what point in the

2    incident to what ending point in the incident?

3        MR. EPSTEIN: I believe I said from the

4    first time you first saw the individuals to the

5    time you started running, you understand that,

6    right, from the time you first saw the guy until

7    the time you started running, how long was that?

8        A   Like a minute, almost a minute, it

9    happened too fast.

10       MR. EPSTEIN:

11       Q   Okay.  I would like to time a minute if

12   we could and see if that's about how long he

13   felt it was.

14       THE COURT:  Go ahead.

15       MR. EPSTEIN: Starting now.

16           That's a minute, correct, Judge?

17       THE COURT:  About.

18       MR. EPSTEIN: It took that long?

19       A   It was faster than that.  I mean I

20   wasn't taking time when you're shooting at me.

21       Q   You didn't look at your watch but a

22   minute is a long time?

23       A   It happened way faster than that.

24       Q   So it probably took about 15, 20

A-52

```
 1    second, boom, boom, boom, and you're running,

 2    right.

 3        A  Right.

 4        Q  Now sir, you in fact described Mr.

 5    Rodriguez -- excuse me, the shooter as 5-foot 8,

 6    short black hair in his twenties, right?

 7        A  No.

 8        MR. HOOD: Read the whole description.

 9        MR. EPSTEIN: 5-foot 8, in his twenties,

10    short black hair, 200 pounds, isn't that right.

11        A  No, I never described him.

12        Q  Didn't you also say that he was dark

13    complected?

14        A  Yeah, I did say that.

15        Q  I'm sorry?

16        A  I did say that.

17        Q  He was dark complected?

18        A  Not --

19        Q  I'm sorry?

20        A  A little dark.

21        Q  With respect to the fact that you

22    described someone as 5-foot 8, 2 hundred pounds,

23    short black hair and twenties, sir, you

24    immediately, not immediately but at the
```

A-53

1   hospital, didn't a detective come and interview

2   you and you gave a description of a person that

3   was 5-foot 8, 2 hundred pounds, short black hair

4   in his twenties, is that right?

5      A  Something like that.

6      Q  And another detective -- -

7      MR. HOOD: Objection.

8      MR. REGNER: Objection, can he answer?  Can

9   he answer?

10      THE COURT:  Were you finished with your

11   answer?

12      A  Yeah.

13      THE COURT:  Okay.  Something like that.

14      MR. EPSTEIN:

15      Q  Another detective came and you also

16   gave him a description of 5-foot 8, 200 pounds,

17   small facial hair, isn't that right?

18      A  I gave a description of, you know, what

19   I thought.

20      Q  I'm sorry?

21      A  I gave a description of what I thought.

22   It happened quick, you know.

23      Q  And in fact, you described the shooter

24   as tall as 5-foot 10 and dark complected, isn't

A-54

Abrego 016247

1 that right?

2  A No.

3  Q Well, sir, do you recall testifying in

4 this very courtroom in that very chair before,

5 correct?

6  A Yes.

7  Q On January 17, 2003, page 20.  You were

8 asked this question and you gave this answer:

9 Didn't in fact you respond the person you saw

10 was dark complected, approximately 5-foot 9 in a

11 dark jogging suit.  Answer.  Right.  Well I said

12 that at the last trial, I didn't say that over

13 the phone.  Isn't that what you said?

14  A I don't remember saying that.

15  Q And you also talked to a Detective

16 Guevara and you told him that the shooter was

17 5-foot 10, isn't that right?

18  A No.

19  Q So if Detective Guevara said you did

20 say that --

21  THE COURT:  Sustained.

22  MR. EPSTEIN:

23  Q Let me ask you this, sir, you were in a

24 lock up here while you were waiting for your

A-55

Abrego 016248

1    case to be completed and you're currently on

2    parole for?

3         A   Yes.

4         Q   And while you're in lock up before you

5    come up to the bullpen, they have this big giant

6    room?

7         A   Right.

8         Q   And while you were there in April of

9    this year, you encountered Ocasio Santiago, an O

10   A.   And you told --

11        THE COURT:   You have to answer, yes or no.

12        A   Yes.

13        MR. EPSTEIN: When you were there with

14   Ocasio Santiago, the O A, at first you didn't

15   remember and then he reminded you he was on that

16   case, do you remember that.

17        MR. REGNER: Objection.

18        THE COURT:   Overruled.

19        A   Yes.

20        MR. EPSTEIN:

21        Q   And during that meeting, you told him

22   that this case was a bunch of bullshit, isn't

23   that right?

24        A   No, I didn't.

A-56

1     Q  And sir, didn't you in fact tell Mr.

2   Santiago you knew it wasn't Eruby, isn't that

3   right?

4     A  No, I didn't.

5     Q  And you said that you were having some

6   difficulties because you had the case and you

7   had a girlfriend and that for $5,000 you could

8   come here and tell the truth, didn't you tell

9   Ocasio Santiago that?

10     A  No, I didn't.

11     Q  You never said that?

12     A  No.  He told me that his people was

13   looking for me to pay me to not testify.  I told

14   him that's not going to happen.

15     Q  Sir, what was your bond, what was your

16   bond amount that you had for this case?

17     A  I didn't have a bond, when they gave me

18   a bond it was a hundred thousand dollar.

19     Q  You needed money to pay that bond to

20   get out of jail, right?

21     A  No.

22     Q  Sir, there are other individual there

23   when you were talking to Ocasio Santiago, there

24   were other inmates there, right?

Abrego 016250

1      A   No, it was just me and him, there were

2   inmates but they were talking, we were like in a

3   corner talking.

4      Q   You think they didn't hear you, right?

5   MR. HOOD: Objection.

6   THE COURT:  Sustained.

7   MR. EPSTEIN:

8      Q   Do you know Darryl Hawkins, sir?

9      A   Darryl Hawkins?  No, I don't.

10      Q   Were there any African American males

11   approximately 30 years old, curly black hair,

12   medium build right near you?

13      A   I don't remember.

14      Q   Sir, you said that the O.A.'s and Latin

15   Kings don't get along with each other, right?

16      A   Right.

17      Q   And you lived in the Latin King area

18   for how long?

19      A   For, forever.

20      Q   Since you were born?

21      A   (No audible response.)

22      Q   You're 25 now?

23      A   Yes.

24      Q   So now you're 20, 21, approximately,

A-58

Abrego 016251

1    for 20 years you lived in a Latin King area.

2    How long was O A territory near Koz Park south

3    of Belmont?

4        A  I don't know.

5        Q  You don't know?

6        A  (No audible response.)

7        Q  Just south of where you were, right?

8        MR. HOOD: Objection.  He said he didn't

9    know.

10       THE COURT:  No, he didn't say that.  Do

11    you know where Koz Park is.

12       A  Yeah, I know where it's at but I don't

13    know how long it's been there.

14       MR. EPSTEIN:

15       Q  You know exactly how long it's been

16    there?

17       A  No.

18       Q  You know the O.A.'s and Latin Kings are

19    at war, right?

20       A  Well, yes.

21       Q  And this area where you grew up and you

22    grew up -- how old were you when you became a

23    Latin King?

24       A  I was like, like 14 to like 16.

A-59

Abrego 016252

1       Q  You're saying you weren't a Latin King

2  at the time of the shooting?

3       A  No.

4       Q  Well, sir, you talked to detectives in

5  this case after the shooting, right?

6       A  Right.

7       Q  And you told them the truth, right?

8       A  Right.

9       Q  You told them all the facts and details

10  you knew, right?

11       A  Right.

12       Q  Didn't you tell them you were a Latin

13  King at the time?

14       A  No, I didn't tell them that.

15       Q  You never said that?

16       A  No.

17       Q  You said that the O.A.'s and Latin

18  Kings don't get along.  How is it that you know

19  this?

20       A  I just know it.

21       Q  You kind of grew up in the Latin King

22  atmosphere?

23       A  Right.

24       Q  But you're saying you didn't know what

Abrego 016253

1   O A signs were on March 24th when you were

2   20 years old, 4 years later, 6 years later after

3   you had been a Latin King, you didn't know what

4   the O A sign meant?

5        A   Yeah, I know what it means, but --

6        Q   Earlier, you say now you know what an O

7   A is and now you know what the O A sign is?

8        A   I don't understand.  I don't understand

9   where you're coming.

10       Q   45 minutes ago didn't you say that now

11  you know what an O A is or who they are?

12       A   Yeah, I know who are O.A.'s, but I

13  don't get your question.

14       THE COURT:  Rephrase.

15       MR. EPSTEIN:

16       Q   Sir, earlier when you testified -- -

17       A   I didn't know they were O.A.'s in the

18  car, I know O.A.'s but I didn't know there were

19  O.A.'s in the car.

20       Q   Didn't you say you didn't know what O A

21  was?

22       A   No, I didn't say that.

23       MR. EPSTEIN: No further questions of this

24  witness.

A-61

Abrego 016254

```
1          THE COURT:  Redirect.

2          MR. HOOD: One second, Judge.

3                REDIRECT EXAMINATION

4                       BY

5                  MR. HOOD:

6      Q   When you police talked to you, you were

7   in the hospital?

8      A   Right.

9      Q   Prior to you going into surgery?

10     A   Right.

11     Q   You had been shot twice?

12     A   Yes.

13     Q   Did you do the best you could in

14  describing the person you saw?

15     A   Yes, I tried the best I could.

16         MR. HOOD: Nothing further.

17         THE COURT:  Recross.

18                RECROSS EXAMINATION

19                       BY

20                 MR. EPSTEIN:

21     Q   Sir, when you viewed the line up that

22  you now know Eruby Abrego was in, that wasn't

23  when you were in the hospital, was it?  It was

24  in a police station to view the line up?
```

A-62

Abrego 016255

1    A   Right.

2         MR. HOOD: Objection. Beyond the scope.

3         THE COURT:  Sustained.

4         MR. EPSTEIN: It goes to what he said.

5         THE COURT:  Nothing about an additional

6    description before going into surgery.

7         MR. EPSTEIN: When you viewed the line-up

8    or?

9         MR. HOOD: Objection.

10        MR. EPSTEIN:

11        Q   You were not in the hospital with the

12   same recovery when you viewed the line-up that

13   Mr. Abrego was in?

14        MR. HOOD: Objection, out of the scope.

15        THE COURT:  Sustained.

16        A   I viewed it --

17        THE COURT:  Don't answer.

18        MR. EPSTEIN: No further questions, Judge.

19        THE COURT:  Redirect.

20        MR. HOOD: Nothing based on that.

21        THE COURT:  You can step down sir, thank

22   you

23               (Witness excused.)

24        THE COURT:  Do not discuss the case among

A-63

Abrego 016256