**Exhibit Q**

STATEMENT OF

Antonio Vasquez

Taken March 29, 1999 At 11:45 Am

At Area 5 - Violent Crimes

Present: ASA Judith Hønich

Detective Wojcik #20834

This statement taken regarding the Shooting of Jose Garcia/Julio Lugo which occurred on March 22, 1999 at 3159 N Monticello at 5:45pm.

I understand I have the right to remain silent and that anything I say can be used against me in a court of law. I understand that I have the right to talk to a lawyer and have him present with me during questioning, and if I cannot afford to hire a lawyer one will be appointed by the court to represent me before any questioning. Understanding these rights, I wish to give a statement.

Antonio Vasquez

After being advised of his constitutional Rights and stating that he understands each Right and after being advised that Assistant State's Attorney Hønich is a lawyer and a prosecutor but not his lawyer, Antonio Vasquez agreed to give the following statement which is a summary and not word for word. Antonio Vasquez states that he is 35 years old and was born on [REDACTED] [REDACTED] Antonio states that he lives at 4828 West Medill in Chicago and has lived there for (3) months. Antonio states that he attended Roberto Clemente High School and graduated in 1982. Antonio also states he attended Automotive Technical Institute for Security Training.

Antonio Vasquez

ASA J Hønich

Det. Wojcik

Antonio states that before he lived on Medill, he lived at 3935 West Diversey Apartment #301. He says he lived there with his wife, Marguarita Vasquez. Antonio says that when he was living at 3935 West Diversey, his stepdaughter Rosa Colon was staying with them. Antonio states that he works at A & R Security located at 4415 West Harrison in Hillside and has worked there about (10) years. Antonio says that about (1) year ago when he was living on Diversey, he got to know "Pee Wee" who he knew by nickname. Antonio says he has come to learn his name is Nicosi Santiago. Also, Antonio says he met Gilbert or "Gil but he does not know his last name. Antonio also met up with Eruby Abrego who he knows as "Ruby" or "Sef". Antonio says Gil is Sef's nephew. Antonio looked at a photo marked Exhibit #1 and identified it as a picture of Pee Wee. Antonio then looked at a photo marked Exhibit #2 and identified that as a photo of "Gilbert" or "Gil". Antonio also looked at a photo marked Exhibit #3 and identified it as a photo of "Sef" or "Ruby". Antonio says that he met all (3) men in his building where he lived on Diversey. Antonio says Sef stayed with his grandmother in apartment #304 and Gil stayed in apartment #303 with his m[illegible]. Antonio states that he knows all (3), Gil, Pee Wee and Sef to be OAs, or Orchestra

ASA J Hamm[illegible]
Det [illegible] #20837

Albany. OAs is a street gang in Chicago. Antonio says that he is not a member of the OAs or any other street gang. Antonio says that Sef, Gil and Peewee and other OAs hung out in the building and kind of ran the building. By that Antonio says that he means they watched who came in and out of the building. Antonio states that he wears a (JH) uniform for his security job. He says that the [illegible] OAs in the building would look at him like he was police. So, one day, Antonio says that he told the OAs that he was not the police and thats how he got to talking to Sef, Gil and Peewee. Over about a couple of months, Antonio says he would see all (3) men as he was leaving and coming home from work. Antonio states that Pee Wee was nice to him and they got to talking. Pee Wee asked Antonio if he could get him and the boys a gun since he was a security guard. Antonio says that Pee Wee, Sef and Gil all asked him about getting them a gun. Pee Wee, Sef and Gil all wanted Antonio to buy the gun at a gunshop and give it to them. Antonio says that he finally agreed to buy a gun for them. Antonio says that he agreed to buy the gun for an eight ball of cocaine. An eight ball of cocaine is an eigth of an ounce of cocaine. Antonio states that sometime around the end of year 1998 is when he

ASA J. Hamm[illegible]
Det. Q. Ues #20334

198

said Gil asked him to go and get a gun. Antonio said that Gil came over to see him and asked him to go to the gunshop. Antonio said that he agreed to go with Gil because he said that during the (3) weeks the OAs were asking him to buy a gun, Gil had promised him the cocaine. Antonio says that he thinks Gil and he went to the gunshop on a Tuesday but he is not certain. Antonio says that he drove to the gunshop at Devon and McCormick called Shore Gallery. He said that he drove because he knew Gil was not 16 years old but he had seen him driving a brown station wagon in the past. Once they got to Shore Gallery, Antonio states that he and Gil went inside. Gil looked around at the guns and picked out (2) guns he wanted Antonio to buy. Gil picked out a 357 Revolver Smith and Wesson with a black handle and black barrel. Gil also picked out a 25 caliber gun. Gil told Antonio these were the guns he wanted. Antonio says that he then filled out the paperwork at Shore Galley. Antonio says that he completed the form stating that the guns were for his own personal use to protect his home. Antonio says that he paid the cashier in cash about $415.00 for the (2) guns. Antonio states that Gil had given him the $415.00 in

ASA J Harmon
Det R [illegible]

the store to pay for the guns. Once outside of the store and on the way home Antonio said he agreed to meet Gil on Friday to come back and pick up the guns. On Friday, Antonio says that he and Gil went back to Shore Gallery to pick up the guns. Again, Antonio says he drove. Antonio states he and Gil went into the store to pick up the guns. After Antonio picked up the .357 revolver and the .25 caliber, both he and Gil got back in the car and were heading home to Diversey. Antonio states that he gave Gil the guns on the expressway and Gil looked at both guns and put them back in the bag. Antonio says that he knew Gil didn't have a Foid Card or a Firearm Owners ID Card or he would have got the guns himself. Antonio states he just wanted to get rid of the guns and wanted Gil to take them. Antonio looked at a photo of a gun marked Exhibit #4 and identified it as a photo of the .357 Smith & Wesson Revolver that he bought at Shore Gallery for Gil. Antonio says that he is not a gun dealer and has never bought and delivered guns before. Antonio states he knew buying guns for the OAs was wrong and he told Gil in the car that if the gun came back to him, he would turn them in. Gil said to Antonio that he didn't need to worry because they would scratch

ASA J Homer
DD. A. 042 #20834

the numbers, meaning serial numbers of the gun so it could not be traced. Antonio says that he felt scared because even though he was a security guard he knew he was not a law enforcement or police officer and should not be given guns to the OAs. Antonio states that when he got to Diversey, Gil asked him to hold onto the guns. Antonio says that he agreed to put them in his safe for a little while. About (2) weeks later Antonio says he ran into Pee Wee. Antonio says he asked Pee Wee about the cocaine and the guns. Pee Wee then gave Antonio about (5) rocks and told him that the boys wanted the guns and he would be by for them. By the boys, Antonio knows that to mean Sef, Gil and the other OAs. About (1) week later, Pee Wee came by Antonio's house. Pee Wee told Antonio that Sef told him to come and get the guns. Pee Wee said that Sef wanted the guns. When Antonio asked Pee Wee about the rest of the cocaine, Pee Wee said that he would have to ask the boys about it but never got back to him. Antonio says that that was the last time he saw the guns was when Pee Wee came by to pick them up. Antonio says that he has been treated well by the police.

ASA J Hermel
Det G. Wyt #20837

Antonio also says that ASA Homich also treated him well. Antonio states that he has been given McDonald's sandwich to eat, 2 Sodas to drink and about (5) cigarettes to smoke. Antonio says he's been able to go to the bathroom when he wanted to. Antonio says that he has given this statement freely because it wanted to tell the truth about the guns. Antonio says that no one forced him to make this statement or made any promises to him in exchange for it. Antonio states that he is free from any drugs or alcohol.

ASA J Homich Det [signature]

Antonio says that he can read and write English and has shown this by reading the first few lines of this statement out loud to ASA Homich. Antonio says that ASA Homich then read the entire statement out loud to him and he was allowed to make any changes or corrections to the statement he wished to. Antonio says the statement is true and accurately reflects what transpired.

Det. [signature]

ASA J Homich

Antonio states that as the statement was being taken ASA Homich received a fax which she showed to him as Exhibit #5. Antonio states the fax is the invoice from Silva Gallery which shows his signature and the (2) guns he bought.

ASA Homich Det [signature] #20834