| FINGERPRINT CHECK ONLY ☐YES ☐NO | | | | 2701073 | |
|---|---|---|---|---|---|
| NAME (LAST—FIRST—M.I.) ABREGO ERUBY J | | DATE OF BIRTH [redacted] | SEX M | RACE W | C.B. NO 10191-946 | I.R. 1154564 |
| ADDRESS 2847 N HARDING CHICAGO IL 60618 | | | SOCIAL SECURITY NO. [redacted] | | |
| REASON PRINTED UNLW DISP TITLE/CERTIF/PLT | | ARRESTED BY G. HARDISON | | UNIT ASSIGN 1668D | F.P. CLASS |
| DATE PRINTED 27 03 96 | TIME 00:19 | PRINTED BY (PRINT NAME) DUNBAR | | STAR NO. 302690 | FACIL. 016 |

Handwritten annotations:
- MAR 27 1996
- 05 Aug 96
- DATE 10/MH/23 [initials JAD]
- CHICAGO POLICE DEPARTMENT / IDENTIFICATION SECTION / CRIMINAL HISTORY ARREST INFORMATION / AS OF DATE INDICATED / INITIALS

Fingerprint panels:
1. RIGHT THUMB  2. RIGHT INDEX  3. RIGHT MIDDLE  4. RIGHT RING  5. RIGHT LITTLE
6. LEFT THUMB  7. LEFT INDEX  8. LEFT MIDDLE  9. LEFT RING  10. LEFT LITTLE

LEFT LITTLE | LEFT INDEX, MIDDLE & RING FINGER TAKEN SIMULTANEOUSLY | LEFT THUMB | RIGHT THUMB | RIGHT INDEX, MIDDLE & RING FINGER TAKEN SIMULTANEOUSLY | RIGHT LITTLE

SIGNATURE — PERSON FINGERPRINTED         F.P. CLASSED BY

THIS DATA MAY BE COMPUTERIZED IN LOCAL, STATE AND NATIONAL FILES

CPD-31.813 (Rev. 3/86)          FINGERPRINT CARD/CHICAGO POLICE DEPARTMENT

40X40G4          DBI 5501N/#01168/19960327-00:50

RFC-Abrego 000326

CITY OF CHICAGO / DEPARTMENT OF POLICE / 1121 South State Street
IDENTIFICATION SECTION Chicago, Illinois 60605

| CRIMINAL HISTORY OF | ABREGO, Eruby J. | M/W | |
|---|---|---|---|
| DATE | 27 Mar 96 | | |
| DATE OF BIRTH | | | |

| I.R. NO. | FBI NO. | S.I.D. NO. |
|---|---|---|
| 1154564 | 406129CB9 | 37211610 |

| NAME & ADDRESS | C.B. NO. | DATE OF ARREST | ARRESTING OFFICER & DISTRICT | CHARGE | DISPOSITION |
|---|---|---|---|---|---|
| ERuby J. ABREGO 2847 N. Harding | 10191946 dc | -27 Mar 96, Off. Hardison, Dist. 016, Unlw Disp Title/Certif Plt 24 Apr 96 False Ill Temp Reg Per (95½-4-104a4) PG/FG 6 mos sup Jdge. Wilens Doc#96269100 asi ej | | | |
| Eruby ABREGO 2907 N Springfield | 11099307 om | -25 Jun 98 Off. Coates Dist. 014 Battery/Cause Bodly Harm | | | |
| Eruby J. ABREGO 2907 N. Springfield | 11137219 sb | -05 Aug 98, Off. Sisk Dist. 014 Mob Action/Fail To Withdraw | | | |
| Eruby J ABREGO 2907 N Springfield | 14151407 ls | -26 Mar 99, Off. Wojcik, Dist. 025, First Deg Murder 11 May 99, GJ IND#99CR-9739, Murder /Int To Kill/Injure, Murder/Strong Prob Kill/Injure, Murder/Other Forcible Felony 2cts, Att First Degree Murder, Agg Batt W/Firearm/Person, Agg Batt/Great Bodily Hm, Agg Batt/Pub Place | | | |
| Eruby ABREGO JALMO 1419 Casady LN Oklahoma City OK | OCA#s 239238 256074 IUU/JJH | -17 JAN 97,Okla City OK P.D.,Poss CDS W/IN 1000FT School/PaK /Minor Under 12 Felony,Poss CDS W/O Tax Stamp,Felony, 23 JUL 97,Marijuana-Sell(CF9700419),Poss CDS W/1000 Ft School (CF9700419),Poss CDS W/O Tax Stamp(CF9700419),Larceny Merch Fr Retailer,(CF9701504),PG/FG,Sentenced To RID 120 Days (entered to Rap Sheet ,26 MAR 99) | | | |

CHICAGO POLICE DEPARTMENT
IDENTIFICATION SECTION
CRIMINAL HISTORY ARREST INFORMATION
AS OF DATE INDICATED
DATE 10May23    INITIALS VD

CPD-31.903 (REV 7/88)

CONFIDENTIAL - Further dissemination of information contained in this record is forbidden. When this record has served the purpose for which it was issued, it must be destroyed (U.S. Dept. of Justice Rules & Regulations S.S. 20.33).

RFC-Abrego 000327

| | | | | | | I.R. NO. | **1154564** |
|---|---|---|---|---|---|---|---|

LOG OF CRIMINAL HISTORY RECORDS ISSUED
IDENTIFICATION SECTION/CHICAGO POLICE DEPARTMENT

| DATE | PRINT NAME OF PERSON REQUESTING RECORD & STAR/I.D. NO. | PRINT AGENCY NAME OR C.P.D. UNIT NO. | COMPLETE RECORD | CPD & S.I.D. DATA ONLY | CPD CONVICTION DATA ONLY | ISSUED BY (SIGNATURE & STAR/EMPL. NO.) |
|---|---|---|---|---|---|---|
| MAR 2 4 1999 | Schalk 20718 | 650 | ✓ | | | Young |

CPD-31,915 (REV. 6/90)

RFC-Abrego 000328