## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| ERUBY ABREGO, | ) | |
| | ) | No. 23 CV 1740 |
| *Plaintiff,* | ) | |
| | ) | Hon. Steven C. Seeger, |
| *v.* | ) | District Judge |
| REYNALDO GUEVARA, *et al.,* | ) | |
| | ) | Hon. Gabriel A. Fuentes |
| *Defendants.* | ) | Magistrate Judge |
| | ) | |
| | ) | |
| | ) | |
| JEREMIAH CAIN, | ) | No. 23 CV 14282 |
| | ) | |
| *Plaintiff,* | ) | Hon. Martha M. Pacold, |
| | ) | District Judge |
| *v.* | ) | |
| REYNALDO GUEVARA, *et al.,* | ) | Hon. Gabriel A. Fuentes |
| | ) | Magistrate Judge |
| *Defendants.* | ) | |

## WRIT OF BODY ATTACHMENT

TO: UNITED STATES MARSHAL

You are commanded to take custody of RAMON TORRES, who can be found at 5451 West Parker Ave. Chicago, IL 60639, and hold him in your custody to answer for a contempt of Court for his neglect and refusal to comply with and obey an Order thereof, made and entered in the above case on July 14, 2025. The Order directed him to appear in open Court on July 25, 2025, and then and there show cause why he should not be held in contempt of Court for his failure to appear for his depositions scheduled for June 29, 2025. The Order to appear was not fulfilled by TORRES. You are to serve this writ and return it without delay.

Upon the arrest of TORRES, you are commanded to immediately bring him before the Honorable Gabriel A. Fuentes, presiding in Courtroom 1342 of the Dirksen Federal Building at 219 S. Dearborn St., Chicago, Illinois 60604. If the Court is not in session, TORRES can be housed in a suitable jail until the Court is next in session. The United States Marshals service is

authorized to use necessary and reasonable force to effectuate this Writ.  If appropriate, and prior to executing the body attachment, the United States Marshals Service is given authority to attempt to contact RAMON TORRES to convince him to self-surrender.

Dated: November 13, 2025

_____
**U.S. Magistrate Judge Gabriel A. Fuentes**
**Northern District of Illinois**